IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| THE SECURITY NATIONAL BANK OF SIOUX CITY, IOWA as conservator for J.M.K., a Minor,<br><br>PLAINTIFF,<br>vs.<br><br>ABBOTT LABORATORIES,<br><br>DEFENDANT. | Case No. C11-4017-DEO<br><br>**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS AND DRUG USE** |

Pursuant to paragraph XII of the Court's Pretrial Order, Plaintiff moves in limine for an Order instructing Defendant Abbott Laboratories, its counsel and its witnesses not to refer to, testify about, question witnesses concerning, or introduce, whether during opening or closing statement, voir dire examination or otherwise, evidence or argument relating to (1) the 1993 theft conviction of Megan Surber, (2) Troy Kunkel's prior criminal convictions and past drug use and (3) expert witness Gerald M. Goldhaber's misdemeanor conviction for possession of marijuana in or around 2003.

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

Dated: July 18, 2013     BY  /s/ Stephen C. Rathke
                            Stephen C. Rathke
                            2000 IDS Center
                            80 South 8th Street
                            Minneapolis, MN 55402
                            Phone: (612) 339-8131

and

VRIEZELAAR, TIGGES, EDGINGTON,
BOTTARO, BODEN & ROSS, L.L.P.
Amanda Van Wyhe and Timothy Bottaro
613 Pierce Street
P.O. Box 1557
Sioux City, IA 51102
Phone: (712) 252-3226

***ATTORNEYS FOR PLAINTIFF***