# EXHIBIT 1

**Charges, Dispositions, Sentences**
Title: CITY OF SIOUX CITY vs TERRELL, MEGAN K
Case: 03971SCNTDO157736 (WOODBURY)
Citation Number:

**Defendant:**   SURBER, MEGAN K

---

| Count 01 | **Charge** | | | |
|---|---|---|---|---|
| | **Charge:** | SC/8.24.430 | **Description:** | THEFT 5TH DEGREE |
| | **Offense Date:** | 10/21/1993 | **Arrest Date:** | **Against Type:** |
| | **DPS Number:** | | | |

**Adjudication**

| | | | | |
|---|---|---|---|---|
| **Charge:** | SC/8.24.430 | **Description:** | THEFT 5TH DEGREE |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 10/28/1993 |
| **Adj.Judge:** | MYERS, JEFFREY T | | |
| **Comments:** | | | |

**Sentence**

| | | | | |
|---|---|---|---|---|
| **Charge:** | SC/8.24.430 | **Description:** | THEFT 5TH DEGREE |
| **Sentence Date:** | 11/12/1993 | **Sentence:** | FINE |
| **Appeal:** | | **Sen.Judge:** | , |
| **Facility Type:** | | **Attorney:** | |
| **Restitution:** | | **Drug:** | **Extradition:** |
| **Lic.Revoked:** | | **DDS:** | **Batterer:** |
| **Fine Amount:** | | **Duration:** | |
| **Comment:** | | | |

---



EXHIBIT
1

**Financials**
Title: CITY OF SIOUX CITY vs TERRELL, MEGAN K
Case: 03971SCNTDO157736 (WOODBURY)
Citation Number:

| **Summary** | **Orig** | **Paid** | **Due** |
|---|---|---|---|
| COSTS | 25.00 | 25.00 | 0.00 |
| FINE | 50.00 | 50.00 | 0.00 |
| SURCHARGE | 15.00 | 15.00 | 0.00 |
| RESTITUTION | 0.00 | 0.00 | 0.00 |
| OTHER | 0.00 | 0.00 | 0.00 |
| | $90.00 | $90.00 | $0.00 |
| SUPPORT/ALIMONY | N/A | 0.00 | N/A |

| **Detail** | **Payor/ Payee** | **Obligor/ Obligee** | **Orig Amount** | **Pd. Amount** | **Date** | **Receipt** | **Type** |
|---|---|---|---|---|---|---|---|

# EXHIBIT 2

00001
1    IN THE UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF IOWA
3          WESTERN DIVISION
4
   THE SECURITY          ) NO. 5:11-cv-0417-DEO
5  NATIONAL BANK OF    )
   SIOUX CITY, IOWA,   ) VIDEOTAPED
6  as conservator for  ) DEPOSITION OF
   J.M.K., a Minor,    ) MEGAN SURBER
7                 )
      Plaintiff,    )
8                 )
   vs.            )
9                 )
   ABBOTT LABORATORIES, )
10                )
                 )
11   Defendant.      )
                 )
12                )
                 )
13                )
                 )
14                )
15
16
17    The Videotaped Deposition of
18  MEGAN SURBER taken at 1128 Historic 4th
19  Street, Sioux City, Iowa, on the 5th day
20  of July, 2012, commencing at 9:12 a.m.
21
22
23
24
25

**EXHIBIT**
**2**

Surber, Megan                              Page  1

1    A.  No.  They hired their own lawyers,

2 or whatever they do.

3    Q.  And have you heard of a Midland

4 Funding?

5    A.  Yeah.

6    Q.  Is that another judgment against

7 you?

8    A.  That's with the same company,

9 so --

10   Q.  Same company?

11   A.  So obviously that's selling it --

12 I --

13   Q.  Same debt?

14   A.  Yes, same debt.

15   Q.  And when was that judgment entered,

16 do you remember?

17   A.  Just recently.  In the last three

18 months.

19   Q.  Okay.  Have you ever been

20 arrested?  You have never been arrested?

21   A.  Yes.

22   Q.  I changed my question in the

23 middle, so let me just ask you as a

24 yes-or-no question.  Have you ever been

25 arrested?

00039
1    A.  Yes.

2    Q.  Okay.  Do you recall what the
3  initial charge was?

4        MR. RATHKE:  I'm going to object
5  to the question on the grounds that it is
6  not likely to lead to the discovery of
7  admissible evidence, but certainly,
8  counsel, you're entitled to inquire about
9  convictions.

10   Q.  Sure.  And it may, depending on
11  the type of conviction, influence some
12  evidentiary things, given her priors, I'm
13  sure you understand, so go ahead.  So you
14  were arrested.  Do you remember what the
15  charge was?

16   A.  I remember getting charged with a
17  gas and run.

18   Q.  A what?

19   A.  A gas and go.

20   Q.  Oh, okay.  Was that theft?

21   A.  Theft.

22   Q.  Is that what the charge was?

23   A.  (Moves head in an affirmative
24  manner.)

25   Q.  And when was that?

Case 5:11-cv-04017-MWB-CJW   Document 112-2   Filed 07/18/13   Page 7 of 47

00040

1    A.  I was still in high school,

2  so '93.

3    Q.  Were you ever -- did they ever

4  take the case to --

5    A.  No.

6    Q.  -- to trial?  Were you ever

7  convicted in that case?  Did you plead

8  something out or anything like that?

9    A.  Plead guilty.

10    Q.  Other than this conviction in

11  19 -- was the conviction also in 1993?

12    A.  I was only in jail for a night.

13    Q.  Was that night in jail, was that

14  before or after you pled guilty?

15    A.  I got arrested, got booked, stayed

16  there.  And then my mother came and got

17  me.

18    Q.  Okay.  And then at some point

19  after that, you pled guilty to a charge?

20    A.  I was guilty from the get-go, but

21  I pled guilty from the get-go.

22    Q.  Okay.  From the get-go, like, yes,

23  I did it?

24    A.  Yes.

25    Q.  And they said, okay, one night in

**Surber, Megan**              **Page 40**

00041
1  jail, and then you were let go?

2  A.  Yes.

3  Q.  Other than this event in 1993, any

4  other times?

5  A.  No.

6  Q.  So I think you said you were born

7  in 1974.  Does that make you 38?

8  A.  Yes.

9  Q.  And I won't let that go past this

10  room.

11  A.  I don't keep track anymore.

12  Q.  All right.  And can you just give

13  me the last four digits of your social

14  security number?

15  A.  1216.

16  Q.  Okay.  And where were you born?

17  A.  Sioux City, Iowa.

18  Q.  And how many children do you have?

19  A.  I have three.

20  Q.  And would that -- that's Jeanine

21  and James that we talked about.  And then

22  do you have another son?

23  A.  Older son, yes.

24  Q.  And what's his name?

25  A.  Kevin Surber.

# EXHIBIT 3

00001

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF IOWA

3        WESTERN DIVISION

4

  THE SECURITY     ) NO. 5:11-cv-0417-DEO

5  NATIONAL BANK OF   )

  SIOUX CITY, IOWA,   )

6  as conservator for  ) VIDEOTAPED

  J.M.K., a Minor,   ) DEPOSITION OF

7          ) TROY KUNKEL

    Plaintiff,  )

8         )

  vs.      )

9         )

  ABBOTT LABORATORIES, )

10       )

        )

11   Defendant.   )

        )

12       )

        )

13       )

14

15

16    The Videotaped Deposition of

17 TROY KUNKEL taken at 1128 Historic 4th

18 Street, Sioux City, Iowa, on the 6th day

19 of July, 2012, commencing at 8:02 a.m.

20

21

22

23

24

25

EXHIBIT
3

**Kunkel, Troy**          **Page 1**

00045
1 Kerns?

2   A.  Yes.

3   Q.  Are any of your other grandparents

4 alive?

5   A.  No.

6   Q.  Now do you use recreational drugs

7 like marijuana?

8   A.  Yes.

9   Q.  Any others?

10   A.  I have in the past.

11   Q.  Which ones?

12       MR. RATHKE:  Ever or --

13       MR. SCANNAPIECO:  Ever.

14       MR. RATHKE:  In a given time

15 frame.

16       MR. SCANNAPIECO:  In the past.

17       MR. RATHKE:  I'm going to object

18 to the question in that it's overbroad.

19       MR. SCANNAPIECO:  Okay.

20       MR. RATHKE:  Go ahead and answer.

21 I guess he wants to know every drug you

22 have ever taken.

23   A.  Can I ask why that's -- I -- I'm

24 just asking why -- why it is important.

25   Q.  Do you have some problems with --

**Kunkel, Troy**                    **Page  45**

1 you know, if you see needles, or things

2 like that --

3    A. Well, I don't have problems. I am

4 a diabetic, so I can't really have a

5 problem with needles; but I mean, yes, I

6 have used meth in the past. I mean if you

7 got my file, you know my father was

8 incarcerated for distributing meth.

9    Q. There's not like a -- just so you

10 know, there is not like a master file on

11 you.

12    A. I am -- it's nothing that I'm

13 trying to hide or lie about. I am very

14 open in my past and my drug use and I have

15 nothing to hide about it. I don't want

16 something that I did 15 years ago to be

17 used against me at any point, or

18 because --

19      MR. RATHKE: Or against Jeanine.

20    A. -- or against Jeanine, yeah,

21 because really that -- what I did 15 years

22 ago doesn't, you know, really have nothing

23 to do with her today. But for the record,

24 yes, I have used recreational drugs.

25    Q. Okay. And so marijuana. Do you

**Kunkel, Troy**                                    **Page 46**

1  use that off and on up until today?

2  A. I'm currently sober. But, yes, I

3  was using it on and off up until recently.

4  Q. Were you using it back in 2008?

5  A. No, I wasn't, actually. It

6  wasn't -- I was actually sober for several

7  years until after the Omaha -- it wasn't

8  until we came back from Omaha, and

9  everything, I was -- right before we came

10  back, I made a trip up and -- to get away.

11  And I was really stressed, you know. But,

12  like I said, I had been clean for several

13  years up until that point.

14  Q. So when was the last time you used

15  any other drugs other than marijuana,

16  maybe --

17  A. Gosh, over a year. It has been

18  over a year.

19  MR. RATHKE: Other than marijuana.

20  A. Yeah. I haven't used nothing

21  other than marijuana over a year now. I

22  don't --

23  Q. Okay.

24  A. I don't really drink. I don't --

25  Q. When was the last time you used

**Kunkel, Troy**                    **Page 47**

1 to really cipher through six years of

2 doctors and medical and being admitted

3 into the hospital for it and -- but I

4 can't recall dates, or nothing like that,

5 to be specific, no.

6    Q.  Okay.  Now during that -- your

7 time at St. Luke's for when you said you

8 were learning about your condition and

9 when you were in there, checked out and

10 came back, do you recall them ever running

11 any drug tests on you?

12    A.  Probably.  They do every time.

13 They take pee.

14    Q.  Yeah.  Okay.

15    A.  And there was probably marijuana

16 in there.

17    Q.  What did you say?

18    A.  There was probably marijuana in

19 there.

20    Q.  Okay.  So was that -- were you --

21 was that one of the times that you were --

22 around the time you were using it, around

23 April of 2008?

24    A.  If it was in there, then, yeah.

25 I -- I mean I don't recall specific use,

Case 5:11-cv-04017-MWB-CJW   Document 112-2   Filed 07/18/13   Page 15 of 47

1  or nothing, you know. But it could have

2  been -- because, like I said, around '08

3  and before that, I was -- I wasn't doing

4  really nothing. It could have been a -- a

5  slipup. I don't --

6      MR. RATHKE: Okay. Do you have a

7  document to show him on that? I mean the

8  insinuation is they flunked -- that

9  marijuana was found.

10     A.  I mean they never told me anything

11  like that. I mean --

12     Q.  Okay.

13     A.  If the doctor -- because every

14  time I go in for a three-month checkup,

15  the doctor does a UA.

16     Q.  Can you please put a --

17     A.  He has never -- you know, they've

18  never come to me and said, well, hey,

19  there's marijuana in your system, or

20  nothing like that, you know.

21     Q.  Okay.

22     A.  I mean they know my past. And I

23  have been very open with my doctors, so --

24     Q.  Okay.

25     A.  But, like I said, if there was

**Kunkel, Troy**                    **Page 157**

1 some in there, if I recall, it was at a

2 time that it was very, very little in my

3 life. Very -- I had a lot going on.

4    Q. All right. So let me --

5    A. I might have went to the bar one

6 night with a bunch of friends to celebrate

7 having kids and somebody popped out a

8 joint, you know. That could be the case.

9 But I -- I do know that during this whole

10 beginning part of my diabetes, I wasn't --

11    Q. Okay.

12    A. -- actively --

13       * * * *

14    (Exhibit 20 was marked.)

15       * * * *

16    Q. Okay. So I'm handing you what's

17 been marked as Deposition Exhibit No. 20.

18 It's a two-page document that at the top

19 says St. Luke's Regional Medical Center.

20 The bottom says SLT 131 through 132.

21 Okay? Have you seen this document before?

22    A. Never.

23    Q. Okay. Now if you look at the

24 second page, there is a section there that

25 says Other Tests. And then the first line

**Kunkel, Troy**                                   **Page 158**

1 is Urine Drugs of Abuse. Do you see that?

2   A. Uh-huh (Yes).

3   Q. So then it has different -- it

4 looks like different types of drugs,

5 right? So like cocaine, none detected.

6 Opiates, none detected. Do you see that?

7   A. Yes.

8   Q. And under cannabinoids, it says

9 your patient is presumptive positive for

10 this drug group.

11   A. Uh-huh (Yes).

12   Q. Did anybody talk to you about

13 those results?

14   A. No.

15   Q. Did you remember taking a urine

16 test when you went to the hospital --

17   A. I do.

18   Q. -- in early April?

19   A. I -- well, obviously -- I mean I

20 don't remember it, no, but obviously it

21 did happen.

22   Q. Okay.

23   A. But, like I said, I do recall

24 99 percent of the times I go see a doctor,

25 or anything, they do -- that's one of the

**Kunkel, Troy**                                    **Page 159**

1 barriers in there?

2    A.  Yes.  Yes.  They actually had -- I

3 was actually surprised about that.

4    Q.  But in the back, there wasn't; but

5 in this one room, there was?

6    A.  Yeah.  I was actually surprised

7 about that.

8    Q.  Okay.  Now you have been arrested

9 before; is that right?

10    A.  Since I have been an adult,

11 minimal.  Yes, but minimal.  I have -- I

12 haven't been arrested since, like, right

13 around the time the kids were born.

14    Q.  So you were born in 1983, right?

15    A.  Yes.

16    Q.  So you were 18 years old around

17 2001, 2000?

18    A.  2000.  '99, 2000, yes.

19    Q.  Okay.  So when you were 18, you

20 were arrested for assault, correct?

21    A.  I wasn't even 18 yet.

22    Q.  Oh, okay.  But were you arrested

23 for assault when you were 17?

24    A.  Yes.

25    Q.  And were you ever convicted?

**Kunkel, Troy**                    **Page 186**

1   A.  No.

2   Q.  Okay.  You -- did you plead on any

3   of the charges?

4   A.  Did I take a deferred judgment?

5   That was a big ordeal.  I don't even

6   really remember -- I got some fines out of

7   it.  Judge didn't even really want to do

8   nothing about it because it was screwy

9   from the beginning.

10  Q.  Do you know what it was about?

11  A.  Wrong place, wrong time.  Couple

12  kids I was with that morning pulled a BB

13  gun out on some kids they didn't like.  I

14  ended up beating one of the kids up in the

15  car, pretty much, taking the BB gun.  And

16  when the cops came, I got caught with the

17  BB gun.  And even though the kids that

18  were actually shot at said I wasn't the

19  one that shot at them, I was charged.  The

20  cop didn't really want to decipher who did

21  what, and did this, did that, so he's just

22  like you know what, you're all going to

23  jail.

24  Q.  Okay.

25  A.  So -- you know.  And then the

**Kunkel, Troy**                    **Page 187**

1 their way out. They learn how to balance

2 a budget better, you know, like instead of

3 going out and getting drunk with your

4 paycheck, they make you pay rent.

5    Q.  Okay.  And how long were you

6 supposed to be in RTF?

7    A.  Until I completed the program.

8    Q.  Do you know how long the program

9 was?

10    A.  You can be out of there in nine

11 weeks, if you do what you need to do.

12 Nine to 10 weeks, if you do what you need

13 to do.

14    Q.  How long did you actually stay

15 there?

16    A.  Like two months before I walked

17 out.  Month and a half, two months.

18    Q.  And then they picked you up

19 afterwards, charged you with escape?

20    A.  A couple months later, they picked

21 me up and got me for escape, yes.

22    Q.  And you pled guilty to that

23 charge?

24    A.  Yes.

25    Q.  And did they give you a sentence

1  for that?

2  A.  Yes.

3  Q.  What was the sentence?

4  A.  I did a year in Woodbury County

5  for that.  Basically for both of them.

6  Because I screwed my sentence up in the

7  RTF, or whatever, they basically gave me a

8  year in county.  And I sat 10 months to

9  finish out everything.

10  Q.  Okay.  And this was between 2004

11  and 2005?

12  A.  Yes.

13  Q.  Okay.  Were you ever arrested for

14  something called illegal dumping on public

15  land?

16  A.  Yes, I was.

17  Q.  Okay.  So -- and was that around

18  sometime in 2007?

19  A.  Yes, it was.

20  Q.  Okay.  And what were you accused

21  of dumping on public land?

22  A.  A long story short, we -- it was

23  dump Sunday.  And there was probably about

24  a three-mile line at the dump.  We got a

25  little irritated and seen a spot where a

# EXHIBIT 4

**Charges, Dispositions, Sentences**
Title: STATE VS KUNKEL, TROY D
Case: 03971 SRCR062687 (WOODBURY)
Citation Number:

**Defendant:** KUNKEL, TROY D

---

Count 01     **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 726.6(5) | **Description:** | DNU-CHILD ENDANGERMENT/BODILY INJUR (FELD) |
| **Offense Date:** | 11/10/2003 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | 0688158-02 | | |

**Adjudication**

| | | | |
|---|---|---|---|
| **Charge:** | 726.6(6) | **Description:** | DNU - ENDANGERMENT/NO INJURY (AGMS) |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 06/30/2004 |
| **Adj.Judge:** | HOFFMEYER, DUANE E | | |
| **Comments:** | | | |

**Sentence**

| | | | | |
|---|---|---|---|---|
| **Charge:** | 726.6(6) | **Description:** | DNU - ENDANGERMENT/NO INJURY (AGMS) | |
| **Sentence Date:** | 06/30/2004 | **Sentence:** | COMMUNITY SERVICE | |
| **Appeal:** | | **Sen.Judge:** | HOFFMEYER, DUANE E | |
| **Facility Type:** | | **Attorney:** | N | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | | **Duration:** | 20 Hour(s) | |
| **Comment:** | 20 HOURS PER WEEK IF NOT EMPLOYED BY 10/4/04 | | | |

**EXHIBIT 4**

**Sentence**

| | | | |
|---|---|---|---|
| **Charge:** | 726.6(6) | **Description:** | DNU - ENDANGERMENT/NO INJURY (AGMS) |

Case 5:11-cv-04017-MWB-CJW   Document 112-2   Filed 07/18/13   Page 24 of 47

| | | | | |
|---|---|---|---|---|
| **Sentence Date:** | 06/30/2004 | **Sentence:** | SUSPEND | |
| **Appeal:** | | **Sen.Judge:** | HOFFMEYER, DUANE E | |
| **Facility Type:** | P | **Attorney:** | Y | |
| **Restitution:** | N | **Drug:** | Y | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | | **Duration:** | 2 Year(s) | |
| **Comment:** | | | | |

## Sentence

| | | | | |
|---|---|---|---|---|
| **Charge:** | 726.6(6) | **Description:** | DNU - ENDANGERMENT/NO INJURY (AGMS) | |
| **Sentence Date:** | 06/30/2004 | **Sentence:** | PROBATION | |
| **Appeal:** | | **Sen.Judge:** | HOFFMEYER, DUANE E | |
| **Facility Type:** | | **Attorney:** | N | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | | **Duration:** | 2 Year(s) | |
| **Comment:** | | | | |

## Sentence

| | | | | |
|---|---|---|---|---|
| **Charge:** | 726.6(6) | **Description:** | DNU - ENDANGERMENT/NO INJURY (AGMS) | |
| **Sentence Date:** | 06/30/2004 | **Sentence:** | RESIDENTIAL FACILITY | |
| **Appeal:** | | **Sen.Judge:** | HOFFMEYER, DUANE E | |
| **Facility Type:** | | **Attorney:** | N | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |

| | | | |
|---|---|---|---|
| **Fine Amount:** | | **Duration:** | 9999 Day(s) |
| **Comment:** | | | |

## Sentence

| | | | | |
|---|---|---|---|---|
| **Charge:** | 726.6(6) | **Description:** | DNU - ENDANGERMENT/NO INJURY (AGMS) | |
| **Sentence Date:** | 06/30/2004 | **Sentence:** | SUSPENDED FINE | |
| **Appeal:** | | **Sen.Judge:** | HOFFMEYER, DUANE E | |
| **Facility Type:** | | **Attorney:** | N | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | 500 | **Duration:** | | |
| **Comment:** | | | | |

---

**Count 02**    **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 708.3(B) | **Description:** | ASSLT WHILE PARTIC. IN FELONY - 1978 (FEL |
| **Offense Date:** | 11/10/2003 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | 0688158-01 | | |

## Adjudication

| | | | |
|---|---|---|---|
| **Charge:** | 708.3(B) | **Description:** | ASSLT WHILE PARTIC. IN FELONY - 1978 (FEL |
| **Adj.:** | DNU-DISMISSED | **Adj.Date:** | 06/30/2004 |
| **Adj.Judge:** | HOFFMEYER, DUANE E | | |
| **Comments:** | | | |

## Sentence

| | | | |
|---|---|---|---|
| **Charge:** | 708.3(B) | **Description:** | ASSLT WHILE PARTIC. IN FELONY - 1978 (FEL |
| **Sentence Date:** | 06/30/2004 | **Sentence:** | DISMISSED |
| **Appeal:** | | **Sen.Judge:** | HOFFMEYER, DUANE E |

Case 3:13-cv-04051-MWB-CJW Document 112-2 Filed 07/18/13 Page 26 of 47

|  | | | | |
|---|---|---|---|---|
| **Facility Type:** | | **Attorney:** | Y | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | | **Duration:** | | |
| **Comment:** | | | | |

---

## Count 03    <u>Charge</u>

|  |  |  |  |
|---|---|---|---|
| **Charge:** | 908.11 | **Description:** | VIOLATION OF PROBATION - 1985 |
| **Offense Date:** | 10/25/2004 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | 0688158-03 | | |

### <u>Adjudication</u>

|  |  |  |  |
|---|---|---|---|
| **Charge:** | 908.11 | **Description:** | VIOLATION OF PROBATION - 1985 |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 02/04/2005 |
| **Adj.Judge:** | ACKERMAN, JOHN D | | |
| **Comments:** | | | |

### <u>Sentence</u>

|  |  |  |  |
|---|---|---|---|
| **Charge:** | 908.11 | **Description:** | VIOLATION OF PROBATION - 1985 |
| **Sentence Date:** | 02/04/2005 | **Sentence:** | JAIL |
| **Appeal:** | | **Sen.Judge:** | ACKERMAN, JOHN D |
| **Facility Type:** | J | **Attorney:** | Y |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | | **Duration:** | 365 Day(s) |
| **Comment:** | | | |

Case 3:11-cv-00191-MWB-CJW Document 112-2 Filed 07/18/13 Page 27 of 47

**Financials**
Title: STATE VS KUNKEL, TROY D
Case: 03971 SRCR062687 (WOODBURY)
Citation Number:

| Summary | Orig | Paid | Due |
|---|---|---|---|
| COSTS | 8140.00 | 90.00 | 8050.00 |
| FINE | 0.00 | 0.00 | 0.00 |
| SURCHARGE | 0.00 | 0.00 | 0.00 |
| RESTITUTION | 0.00 | 0.00 | 0.00 |
| OTHER | 2939.00 | 814.00 | 2125.00 |
| | $11079.00 | $904.00 | $10175.00 |
| Make a payment on this case | | | |
| SUPPORT/ALIMONY | N/A | 0.00 | N/A |

| Detail | Payor/ Payee | Obligor/ Obligee | Orig Amount | Pd. Amount | Date | Receipt | Type |
|---|---|---|---|---|---|---|---|

Case 5:12-cv-04051-MWB-CJW Document 112-2 Filed 07/18/13 Page 28 of 47

**Charges, Dispositions, Sentences**
Title: STATE VS KUNKEL TROY DAVID
Case: 03971 SMSM407131 (WOODBURY)
Citation Number:

**Defendant:** KUNKEL, TROY D

---

Count 01     **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |
| **Offense Date:** | 05/30/2000 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | | | |

**Adjudication**

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 03/15/2001 |
| **Adj.Judge:** | TOTT, PATRICK H | | |
| **Comments:** | | | |

**Sentence**

| | | | | | |
|---|---|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI | | |
| **Sentence Date:** | 03/15/2001 | **Sentence:** | FINE | | |
| **Appeal:** | | **Sen.Judge:** | TOTT, PATRICK H | | |
| **Facility Type:** | | **Attorney:** | N | | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** | N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** | N |
| **Fine Amount:** | 300 | **Duration:** | | | |
| **Comment:** | | | | | |

---

Count 02     **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |

Case view ESAW Document 112-2 Filed 07/18/13 Page 29 of 47

| | | | | | |
|---|---|---|---|---|---|
| **Offense Date:** | 05/30/2000 | **Arrest Date:** | | **Against Type:** | |
| **DPS Number:** | | | | | |

## Adjudication

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 03/15/2001 |
| **Adj.Judge:** | TOTT, PATRICK H | | |
| **Comments:** | | | |

## Sentence

| | | | | | |
|---|---|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI | | |
| **Sentence Date:** | 03/15/2001 | **Sentence:** | FINE | | |
| **Appeal:** | | **Sen.Judge:** | TOTT, PATRICK H | | |
| **Facility Type:** | | **Attorney:** | N | | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** | N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** | N |
| **Fine Amount:** | 300 | **Duration:** | | | |
| **Comment:** | | | | | |

---

**Count 03**    **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |
| **Offense Date:** | 05/30/2000 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | | | |

## Adjudication

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |
| **Adj.:** | DNU-DISMISSED | **Adj.Date:** | 03/15/2001 |
| **Adj.Judge:** | TOTT, PATRICK H | | |

**Comments:**

**<u>Sentence</u>**

| | | | |
|---|---|---|---|
| **Charge:** | 708.1(1) | **Description:** | DNU - INTENT TO CAUSE PAIN OR INJURY (SI |
| **Sentence Date:** | 03/15/2001 | **Sentence:** | DISMISSED |
| **Appeal:** | | **Sen.Judge:** | TOTT, PATRICK H |
| **Facility Type:** | | **Attorney:** | N |

| | | | | | |
|---|---|---|---|---|---|
| **Restitution:** | N | **Drug:** | N | **Extradition:** | N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** | N |
| **Fine Amount:** | | **Duration:** | | | |
| **Comment:** | | | | | |

Case 5:10-cv-04081-MWB Document 112-1 Filed 07/18/13 Page 31 of 47

**Charges, Dispositions, Sentences**
Title: CITY VS KUNKEL TROY
Case: 03971SCSMSM449213 (WOODBURY)
Citation Number:

**Defendant:** KUNKEL, TROY D

---

Count 01     **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | SC/5.20.150(2) | **Description:** | ILLEGAL DUMPINC |
| **Offense Date:** | 04/15/2007 | **Arrest Date:** | **Against Type** |
| **DPS Number:** | | | |

**Adjudication**

| | | | |
|---|---|---|---|
| **Charge:** | SC/5.20.150(2) | **Description:** | ILLEGAL DUMPINC |
| **Adj.:** | GUILTY - NEGOTIATED/VOLUN PLEA | **Adj.Date:** | 05/02/2007 |
| **Adj.Judge:** | JARMAN, TIMOTHY T | | |
| **Comments:** | | | |

**Sentence**

| | | | | |
|---|---|---|---|---|
| **Charge:** | SC/5.20.150(2) | **Description:** | ILLEGAL DUMPINC | |
| **Sentence Date:** | 05/02/2007 | **Sentence:** | FINE | |
| **Appeal:** | | **Sen.Judge:** | JARMAN, TIMOTHY | |
| **Facility Type:** | | **Attorney:** | N | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** |
| **Fine Amount:** | 65 | **Duration:** | | |
| **Comment:** | TTP 08/15/2007 | | | |

---

Case 5:11-cv-04017-MWB-CJW   Document 112-2   Filed 07/18/13   Page 32 of 47

**Financials**
Title: CITY VS KUNKEL TROY
Case: 03971SCSMSM449213 (WOODBURY)
Citation Number:

| <u>Summary</u> | <u>Orig</u> | <u>Paid</u> | <u>Due</u> |
|---|---|---|---|
| COSTS | 50.20 | 50.20 | 0.00 |
| FINE | 65.00 | 65.00 | 0.00 |
| SURCHARGE | 20.80 | 20.80 | 0.00 |
| RESTITUTION | 0.00 | 0.00 | 0.00 |
| OTHER | 0.00 | 0.00 | 0.00 |
| | $136.00 | $136.00 | $0.00 |
| SUPPORT/ALIMONY | N/A | 0.00 | N/A |

| <u>Detail</u> | <u>Payor/<br>Payee</u> | <u>Obligor/<br>Obligee</u> | <u>Orig Amount</u> | <u>Pd. Amount</u> | <u>Date</u> | <u>Receipt</u> | <u>Type</u> |
|---|---|---|---|---|---|---|---|

**Charges, Dispositions, Sentences**
Title: STATE VS KUNKEL TROY
Case: 03971 SRCR065701 (WOODBURY)
Citation Number:

**Defendant:** KUNKEL, TROY D

---

Count 01    **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 719.4(3) | **Description:** | VOLUNTARY ABSENCE (ESCAPE) - 1978 (SRMS |
| **Offense Date:** | 10/14/2004 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | 0725576-01 | | |

**Adjudication**

| | | | |
|---|---|---|---|
| **Charge:** | 719.4(3) | **Description:** | VOLUNTARY ABSENCE (ESCAPE) - 1978 (SRMS |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 02/03/2005 |
| **Adj.Judge:** | HENSLEY, TODD A | | |
| **Comments:** | | | |

**Sentence**

| | | | | |
|---|---|---|---|---|
| **Charge:** | 719.4(3) | **Description:** | VOLUNTARY ABSENCE (ESCAPE) - 1978 (SRMS | |
| **Sentence Date:** | 02/03/2005 | **Sentence:** | FINE | |
| **Appeal:** | | **Sen.Judge:** | HENSLEY, TODD A | |
| **Facility Type:** | | **Attorney:** | N | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** N |
| **Fine Amount:** | 250 | **Duration:** | | |
| **Comment:** | | | | |

**Sentence**

| | | | |
|---|---|---|---|
| **Charge:** | 719.4(3) | **Description:** | VOLUNTARY ABSENCE (ESCAPE) - 1978 (SRMS |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sentence Date:** | 02/03/2005 | **Sentence:** | JAIL | | | |
| **Appeal:** | | **Sen.Judge:** | HENSLEY, TODD A | | | |
| **Facility Type:** | | **Attorney:** | N | | | |
| **Restitution:** | N | **Drug:** | N | **Extradition:** | | N |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** | | N |
| **Fine Amount:** | | **Duration:** | 180 Day(s) | | | |
| **Comment:** | | | | | | |

**Financials**
Title: STATE VS KUNKEL TROY
Case: 03971 SRCR065701 (WOODBURY)
Citation Number:

| Summary | Orig | Paid | Due |
|---|---|---|---|
| COSTS | 30.00 | 30.00 | 0.00 |
| FINE | 250.00 | 250.00 | 0.00 |
| SURCHARGE | 150.00 | 75.00 | 75.00 |
| RESTITUTION | 0.00 | 0.00 | 0.00 |
| OTHER | 479.25 | 110.50 | 368.75 |
| | $909.25 | $465.50 | $443.75 |
| Make a payment on this case | | | |
| SUPPORT/ALIMONY | N/A | 0.00 | N/A |

| Detail | Payor/ Payee | Obligor/ Obligee | Orig Amount | Pd. Amount | Date | Receipt | Type |
|---|---|---|---|---|---|---|---|

**Charges, Dispositions, Sentences**
Title: STATE VS KUNKEL TROY D
Case: 03971 SRCR054634 (WOODBURY)
Citation Number:

**Defendant:** KUNKEL, TROY D

---

Count 01    **Charge**

| | | | |
|---|---|---|---|
| **Charge:** | 124.401(5) | **Description:** | POSSESSION OF A CONTROLLED SUBSTANCE ( |
| **Offense Date:** | 07/22/2000 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | | | |

**Adjudication**

| | | | |
|---|---|---|---|
| **Charge:** | 124.401(5) | **Description:** | POSSESSION OF A CONTROLLED SUBSTANCE ( |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 01/17/2001 |
| **Adj.Judge:** | JARMAN, TIMOTHY T | | |
| **Comments:** | | | |

**Sentence**

| | | | |
|---|---|---|---|
| **Charge:** | 124.401(5) | **Description:** | POSSESSION OF A CONTROLLED SUBSTANCE ( |
| **Sentence Date:** | 01/17/2001 | **Sentence:** | PROBATION |
| **Appeal:** | | **Sen.Judge:** | JARMAN, TIMOTHY T |
| **Facility Type:** | | **Attorney:** | N |
| **Restitution:** | N | **Drug:** Y | **Extradition:** |
| **Lic.Revoked:** | N | **DDS:** N | **Batterer:** |
| **Fine Amount:** | | **Duration:** | 1 Year(s) |
| **Comment:** | | | |

**Sentence**

| | | | |
|---|---|---|---|
| **Charge:** | 124.401(5) | **Description:** | POSSESSION OF A CONTROLLED SUBSTANCE ( |

| | | | |
|---|---|---|---|
| **Sentence Date:** | 01/17/2001 | **Sentence:** | COMMUNITY SERVICE |
| **Appeal:** | | **Sen.Judge:** | JARMAN, TIMOTHY T |
| **Facility Type:** | | **Attorney:** | N |

| | | | | | |
|---|---|---|---|---|---|
| **Restitution:** | N | **Drug:** | N | **Extradition:** | 1 |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** | 1 |

| | | | |
|---|---|---|---|
| **Fine Amount:** | | **Duration:** | 70 Hour(s) |
| **Comment:** | | | |

---

## Count 02    <u>Charge</u>

| | | | |
|---|---|---|---|
| **Charge:** | 908.11 | **Description:** | VIOLATION OF PROBATION - 1985 |
| **Offense Date:** | 01/10/2002 | **Arrest Date:** | **Against Type:** |
| **DPS Number:** | 0557059-02 | | |

### <u>Adjudication</u>

| | | | |
|---|---|---|---|
| **Charge:** | 908.11 | **Description:** | VIOLATION OF PROBATION - 1985 |
| **Adj.:** | DNU-GUILTY | **Adj.Date:** | 05/23/2002 |
| **Adj.Judge:** | JARMAN, TIMOTHY T | | |
| **Comments:** | | | |

### <u>Sentence</u>

| | | | |
|---|---|---|---|
| **Charge:** | 908.11 | **Description:** | VIOLATION OF PROBATION - 1985 |
| **Sentence Date:** | 05/23/2002 | **Sentence:** | FINE |
| **Appeal:** | | **Sen.Judge:** | JARMAN, TIMOTHY T |
| **Facility Type:** | | **Attorney:** | N |

| | | | | | |
|---|---|---|---|---|---|
| **Restitution:** | N | **Drug:** | N | **Extradition:** | 1 |
| **Lic.Revoked:** | N | **DDS:** | N | **Batterer:** | 1 |

| Fine Amount: | 250 | Duration: | |
|---|---|---|---|

Comment:

## Sentence

| Charge: | 908.11 | Description: | VIOLATION OF PROBATION - 1985 |
|---|---|---|---|
| Sentence Date: | 05/23/2002 | Sentence: | JAIL |
| Appeal: | | Sen.Judge: | JARMAN, TIMOTHY T |
| Facility Type: | | Attorney: | Y |
| Restitution: | N | Drug: | N | Extradition: | |
| Lic.Revoked: | Y | DDS: | N | Batterer: | |
| Fine Amount: | | Duration: | 2 Day(s) |

Comment:

Case 3:17-cv-00042 Document 112-2 Filed 07/18/19 Page 39 of 47

# EXHIBIT 5

00001
1
2  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MINNESOTA
3  ------------------------------X
4  ROCKLAND BURKS and ADRIENNE LAWRENCE,
   individually and as parents and
5  natural guardians of E.B.,
6        Plaintiffs,
7     vs.      Case No.
                08-CV-03414-JRT-JSM
8
   ABBOTT LABORATORIES and
9  MEAD JOHNSON AND COMPANY,
   LLC,
10
        Defendants.
11
   ------------------------------X
12
13
14
15    DEPOSITION OF GERALD M. GOLDHABER, Ph.D.
16        New York, New York
17        Tuesday, February 14, 2012
18
19
20
21
22
23
24 Reported by:
   JOAN WARNOCK
25 JOB NO. 325549

**EXHIBIT**
**5**

**GOLDHABER.GERALD in Burks 021412.txt**     **Page 1**

1

2    Q.  Are you familiar with what the cost

3  per feeding basis was of powdered infant

4  formulas versus liquid formulas back in 2002?

5  Any study done there?

6    A.  I think I said earlier I know it's

7  cheaper to feed infants powdered formula than

8  liquid. I don't recall the exact statistics,

9  but I know it's cheaper.

10    Q.  Okay. That isn't something that

11  went into your report, though?

12    A.  No.

13    Q.  Do you know what percentage of

14  mothers who use the WIC program -- are you

15  familiar with what WIC is?

16    A.  No.

17    Q.  Now, can I ask you, you spent most

18  of your -- well, a large part of your career

19  teaching at SUNY Buffalo; right?

20    A.  Yes.

21    Q.  And why did you leave SUNY Buffalo?

22    A.  I had been there 30 years. It was

23  time to retire and move on to full-time

24  consulting.

25    Q.  Did you have --

1

2    A.  There's another reason.  The State

3  of New York -- for ten years I had been

4  looking for property in New York City, and

5  the State of New York was in a budgetary

6  crunch from the -- I think the latter part of

7  the decade to the time I retired, and they

8  were offering early retirement incentives.

9  And the year I opted out was 30 years.  I got

10  an early retirement incentive, two for one, I

11  think, or something like that, and offer of

12  lifetime medical benefits as an incentive.

13  And we had been looking for property in

14  New York for a few years before that.  So it

15  seemed like a good time.

16    Q.  You did have a problem at the

17  university, though, correct, with respect to

18  a criminal matter?

19    A.  I wouldn't call it a criminal

20  matter.  It was a couple of students of mine

21  who were involved in a property we owned in

22  the Cayman Islands.

23    Q.  Were you convicted or did you plead

24  guilty to a --

25    A.  A misdemeanor, yes.

1

2    Q.  A misdemeanor in the Cayman Island?

3    A.  Yes. I was the property owner.

4 And as the property owner, I was responsible

5 for what happened in the condominium that I

6 owned. That's the basis of that guilty plea.

7    Q.  What did you plead guilty to?

8    A.  Possession.

9    Q.  Possession of?

10    A.  Marijuana.

11    Q.  And Ecstasy?

12    A.  I don't recall that. I know the

13 student had one Ecstasy pill and one other

14 student smoked a joint. I can't smoke

15 anything and have it in my condominium

16 because I have asthma. So I instructed the

17 student if they were going to do that, they

18 should go outside. And I think that's when

19 somebody spotted them.

20    Q.  And did the authorities find

21 crystal meth in the condo?

22    A.  I don't believe so. I don't even

23 know what that is.

24    Q.  There are reports in the Buffalo

25 newspapers about that.

1

2    A. I have no idea what that is.

3    Q. And was there cocaine found on the

4 premises?

5    A. Absolutely not.

6    Q. Was there a report of cocaine?

7    A. I don't know.

8    Q. Were there two students?

9    A. Two students.

10    Q. And were they convicted of a crime

11 of any kind?

12    A. I think they were found guilty of

13 possession as well. And they were our

14 houseguests at the time.

15    Q. Possession and use?

16    A. I believe so.

17    Q. Did you plead guilty in the Cayman

18 Islands?

19    A. Yes.

20    Q. And you pled guilty to

21 misdemeanors?

22    A. Yes. These were held in traffic

23 court.

24    Q. And was it for possession and use?

25    A. Not to my -- I don't use anything

**GOLDHABER.GERALD in Burks 021412.txt**    **Page 93**

1

2 like that, so. I can't. I have asthma.

3    Q. And what year was that?

4    A. It was about ten years ago.

5    Q. The newspaper report that I saw was

6 from 2004. Does that sound about right?

7    A. Okay. I think the event was '03.

8    Q. Have you been to the Cayman Islands

9 since then?

10    A. No.

11    Q. Did you sell your condo there?

12    A. Yes. Well, there was a hurricane,

13 and it destroyed most of it, so most of us

14 got out. That's why we sold our property.

15 There was a major hurricane.

16    Q. Did that circumstance have any

17 effect on your benefits, your New York State

18 benefits?

19    A. Absolutely not.

20    Q. Have you done any other teaching

21 since you left the State University of

22 New York at Buffalo?

23    A. No. My intent was after --

24 seriously, counselor, after 30 years, that

25 was --

1

2   Q.  Had enough?

3   A.  I had had enough.  And I had been

4  looking to get out of the teaching business

5  for probably about five or ten years prior to

6  that.  And I was looking specifically to

7  New York City, because, quite frankly, most

8  of my business is here, and most of my

9  clients, national law firms, including Jones

10  Day, are here.

11     MS. GHEZZI:  I'm going to pass the

12    witness at this point.

13  EXAMINATION BY

14  MR. ANSCOMBE:

15   Q.  Dr. Goldhaber, we met earlier.  I'm

16  Anthony Anscombe, one of the lawyers for Mead

17  Johnson in this case.  I actually don't have

18  a whole lot more for you, but I do have a few

19  follow-up questions.

20     Do warnings have a public health

21  rationale?

22   A.  I believe they would, yes.

23   Q.  What do you mean by that?

24   A.  I think that the purpose of a

25  warning is to prevent injury or save lives,