# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| THE SECURITY NATIONAL BANK OF SIOUX CITY, IOWA  as conservator for J.M.K., a Minor, | Case No. C11-4017-DEO |
| PLAINTIFF, | **PLAINTIFF'S REPLY IN SUPPORT OF MOTION IN LIMINE** |
| vs. | |
| ABBOTT LABORATORIES, | |
| DEFENDANT. | |

Plaintiff submits this brief Reply Memorandum in support of that portion of its Motion in Limine regarding Troy Kunkel's prior drug use. Abbott argues that past use of marijuana and methamphetamine may impair a person's memory and, therefore, is proper impeachment. Abbott offers a number of scientific journals to support that proposition. Judging from the witness and exhibit lists which Abbott disclosed to Plaintiff, Abbott has no evidence to support its argument.

Apart from that, Troy Kunkel's trial testimony will present no credibility issues. The critical time span is from the child's birth on April 14, 2008, until her hospitalization on April 24, 2008. Kunkel will testify that he had physical contact with his child during that time. He will offer evidence that he did the cooking and kitchen cleaning and describe his cleaning methods (Exhibit 1, Kunkel Depo. at 81-94). During that time,

Kunkel had nothing to do with formula preparation. His only connection to the formula preparation had to do with keeping the kitchen counter clean (Id. at 145-46).

The most critical time during this ten day period began on April 23rd at 9:00 p.m. until April 24th at 6:00 p.m. During that time, Megan Surber fed her daughter powdered infant formula for the first time, dealt with her daughter's reaction to the formula, and took her to the hospital. Kunkel has no memory of events that took place on the evening of April 23rd and the fact that this daughter was crying (Id. at 139-42). He has no memory of events that occurred on April 24th (Id.). His diabetes was just starting, and he was learning how to deal with it (Id. at 155-56). His involvement with Jeanine was minimal (Id. at 125-38). On April 25th, he was admitted to the hospital (Exhibit 21, Depo. Ex. 21).

Abbott concedes that the mere fact of prior drug use is irrelevant and inadmissible. Its argument that it bears on Kunkel's ability to remember events is a mere subterfuge to get prejudicial information to the jury. For the reasons stated in Plaintiff's Memorandum in Support of the Motion in Limine, the evidence should be excluded.

Abbott also argues that his misdemeanor conviction for escape is admissible because the underlying facts concern his failure to follow conditions of probation. This has nothing to do with dishonesty and should not be admitted into evidence.

Abbott also argues that Kunkel's conviction for child endangerment is a felony and usable for impeachment. For the reasons stated in Plaintiff's Memorandum in Support of its Motion in Limine, this conviction should not be admitted into evidence.

2

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

Dated: August 1, 2013      BY  /s/ Stephen C. Rathke
                          Stephen C. Rathke
                          2000 IDS Center
                          80 South 8th Street
                          Minneapolis, MN 55402
                          Phone:  (612) 339-8131

                          and

VRIEZELAAR, TIGGES, EDGINGTON,
BOTTARO, BODEN & ROSS, L.L.P.
Amanda Van Wyhe and Timothy Bottaro
613 Pierce Street
P.O. Box 1557
Sioux City, IA 51102
Phone: (712) 252-3226

***ATTORNEYS FOR PLAINTIFF***

# EXHIBIT 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF IOWA

3                  WESTERN DIVISION

4

5    THE SECURITY              ) NO. 5:11-cv-0417-DEO
     NATIONAL BANK OF          )
6    SIOUX CITY, IOWA,         )
     as conservator for        )
     J.M.K., a Minor,          )
7                              )
          Plaintiff,           )
8                              )
     vs.                       )
9                              )
     ABBOTT LABORATORIES,      )
10                             )
                               )
11        Defendant.           )
                               ) VIDEOTAPED
12                             ) DEPOSITION OF
                               ) TROY KUNKEL
13                             )



14

15

16        The Videotaped Deposition of

17   TROY KUNKEL taken at 1128 Historic 4th

18   Street, Sioux City, Iowa, on the 6th day

19   of July, 2012, commencing at 8:02 a.m.

20

21

22

23                              EXHIBIT
                                   1
24

25

**SCHUETTS REPORTING**
CERTIFIED SHORTHAND REPORTERS

P.O. BOX 1325
SIOUX CITY, IA 51102-1325
PHONE: 712-239-1300

1 into here, these two rooms.

2 Q. Okay.

3 A. There's a smaller room off of the
4 bedroom, which is the one me and Megan
5 generally take because it's smaller.

6 Q. Okay.

7 A. All we got is our bed and our
8 clothes. We spend less time in there.
9 But there's been times when we were doing
10 the basement, we had the two boys in the
11 big bedroom. Me and Megan slept on the
12 couch or a mattress on the front room and
13 we gave Jeanine the little room.

14 Q. Okay. And where was she when she
15 was first brought home in April of 2008?

16 A. In the big room.

17 Q. In the big room?

18 A. In the big room.

19 Q. Okay. And I understand that that
20 room had a couple of cribs in it, a
21 changing table. Was anything else in
22 there when it was a nursery?

23 A. Just on the big side, because --
24 if you -- if you really wanted to, you
25 could split this room in half. It is like

1 two rooms. I mean it is one big, big
2 room.

3 On the east side of the house, the
4 east front side of the house, there's a
5 nook. Okay. It goes into a nook here.
6 And then there is like another nook here.

7 Q. Okay.

8 A. And then there's a big opening in
9 the west end of the room.

10 Q. Okay.

11 A. Okay. So the kids had the nook
12 area. We had a crib, crib, changing table
13 in the middle. And then I think, if I
14 remember correctly, me and Megan had our
15 bed in there at the time. That way we
16 could be right there with the kids.

17 Q. Okay.

18 A. And Kevin had the little room.
19 And at that time I believe the basement
20 was storage at that time. Because we
21 didn't start none of the construction, or
22 nothing like that, until after I met
23 Joshua Naig from Naig Home Improvement
24 down in Omaha. We weren't doing no
25 construction.

1 Q. Now in the house's kitchen there
2 were a few things that Megan couldn't
3 remember about it. Do you know what kind
4 of countertops are in that kitchen?

5 A. What kind they are? Like
6 materialwise?

7 Q. Yeah.

8 MR. RATHKE: In 2008.

9 A. They are the same that they were,
10 but I can't tell you exactly.

11 Q. Do you know if they're tile?

12 A. No. I think they're compressed
13 wood with a -- like a laminate cover.

14 Q. Okay.

15 A. Like a glue down or --

16 Q. Formica?

17 A. Like a Formica. You know, like
18 one of the ones you can heat down, you
19 take like a heating iron with it and
20 you -- I think it is one of those, but I
21 think it is just like pressed wafer board
22 under there.

23 Q. Okay.

24 A. It is not no marble or any kind of
25 stone or anything like that, no.

1 Q. Okay. Now let's flip over to No.
2 17. And can you just draw a layout of the
3 kitchen from 2008, if you remember?

4 A. That's all changed. I --

5 Q. How about have any of the
6 appliances moved?

7 A. Yeah. No. Yes. God.

8 Q. Do you recall what it was like in
9 2008?

10 A. Vaguely. You come down the
11 hallway into the kitchen. The kitchen was
12 so much smaller. I mean if you take --
13 there was a wall right here. Like where
14 our room is, you have got the hallway that
15 runs in the kitchen. There was a wall
16 that ran all the way through the kitchen.
17 And then right before the back stairs,
18 there was a foyer area and it had enclosed
19 top part of the basement. You had to go
20 through a door. And you had a big
21 stairwell. We tore all of that out and
22 made it open concept. I took this wall
23 completely out and replaced it with a -- a
24 2 x 2 wood countertop.

1     A. Yeah. That was long after Jeanine
2 came home --
3     Q. Okay.
4     A. -- because we didn't have really
5 no countertop space for all of her stuff,
6 for -- because Megan had to puree her food
7 and blend it and do all of this. We had
8 no space on the counter, so, like I said,
9 I put in like a nine foot long wood
10 countertop that I built.
11     Q. Okay. So that wasn't there in
12 2008?
13     A. No.
14     Q. And then the other half of what is
15 your kitchen now was in an enclosed
16 area --
17     A. To the basement.
18     Q. To the basement?
19     A. Because we moved the back door
20 over. The back door that was there was
21 only like a few inches taller than me.
22 They put it in -- like they crammed a
23 door in an angled part of the kitchen. So
24 we took that door out and put an actual
25 size door in, but a wider door, a 36-inch

1 door.
2     Q. Okay.
3     A. It has changed so much. Because
4 you had the wall that went down. You had
5 a door -- a door area that came into the
6 kitchen that went into a foyer area off
7 the back door. Because you had to go
8 through the back door, you come into a
9 little foyer area, you go straight, you
10 would have the basement door that went
11 straight. Off to the left, you would have
12 had to go into the kitchen.
13     Q. So where that wall that you drew
14 on the map sort of halfway right after --
15     A. Right there.
16     Q. -- the letter N, that's where the
17 wall was?
18     A. Yep. That's where the wall was.
19 I tore that out and I put like a 9 foot
20 long, 10 foot long countertop there that I
21 built.
22     All the appliances are still in
23 the same spot except for we moved the
24 frig. The frig was over in the north
25 corner here because there's our

1 cabinets come like this. Our cabinets
2 come like this and then around.
3     Q. Okay.
4     A. And then our frig sat over here in
5 a little corner, a nook corner right here.
6 Now we got the frig over here where the
7 basement foyer area used to be.
8     Q. Okay.
9     A. Other than that, I -- most of the
10 changes, like I said, is the layout of it.
11     Q. Okay. Now my understanding is
12 that back in 2008 when -- around -- when
13 Megan was pregnant, the time you brought
14 Jeanine home, that you were in charge of
15 certain of the cleaning jobs at home?
16     A. That's my thing.
17     Q. Okay. So one of the things that
18 you would do along with Kevin, is this
19 correct, you guys would do laundry?
20     A. Yep.
21     Q. Okay. And you were -- were you in
22 charge of cleaning the kitchen?
23     A. Yes.
24     Q. Okay.
25     A. I cook. And, like I said, I --

1 whatever I don't do with Jeanine
2 medically, like Megan, I take care of the
3 rest. If Megan spends a full 24 hours
4 with nothing but Jeanine, I spend the
5 whole 24 hours with nothing but cleaning
6 and doing laundry.
7     Q. And I'm asking before April 24th
8 when Jeanine got sick. Okay?
9     A. Yeah. Okay. Okay.
10     Q. So during that time you were --
11 were you still -- were you responsible for
12 the laundry at that time?
13     A. Oh, yeah.
14     Q. Okay. And you were responsible
15 for cleaning the kitchen?
16     A. Yep.
17     Q. For cooking?
18     A. Yep.
19     Q. Were there other chores that you
20 did around the house?
21     A. Pretty much everything. Vacuum.
22 Garbage. Wipe and clean out all the
23 toilet, tub, floors, sinks, countertops,
24 walls. I'm kind of a stickler when it
25 comes to cleaning. I mean, from the boot camp

1  stepdaddy. You could bring Kevin in here
2  right now and he'd probably tell you he
3  hates me when it comes to clothing. He
4  would beg you for a vacation.
5      Q. And so when you are doing the
6  laundry, that's -- the laundry room is
7  downstairs in the house in the basement?
8      A. Yes.
9      Q. So I guess right now there's an
10  area there that is like Kevin's area in
11  the basement and you pass through that and
12  you get to a laundry room?
13      A. Yep.
14      Q. Okay.
15      A. Yep.
16      Q. Now in the laundry room, there is
17  a washer and dryer?
18      A. Yes.
19      Q. Is there anything else in there,
20  sometimes like there's a laundry room
21  basin or there's --
22      A. A Deepfreeze. That's it. A
23  heater. Hot water softener -- hot water
24  heater, water softener, a furnace.
25  Nothing out of the ordinary.

1      Q. Okay. And when -- when you were
2  doing the laundry, did you ever do any
3  laundry for Jeanine that first week that
4  she was home?
5      A. I don't recall. We had so many
6  clothes for her, I -- I -- within that
7  first week, we could have just been saving
8  up a basket for her to do.
9      Q. Okay.
10      A. You know what I mean? Because I
11  don't -- if I got like a couple dirty
12  clothes, I don't just run down and just
13  throw them in. I separate them and make
14  sure I've got a load of my colors, a load
15  of my whites, a load of towels. I don't
16  just go down and if there are only two
17  towels and just throw two towels in. So
18  if there -- if James wasn't there, we
19  didn't have a bunch of baby clothes, and
20  then there was probably a dirty basket of
21  hers upstairs waiting to be washed.
22      Q. So you don't actually remember at
23  some point in that time, oh, I have got to
24  do laundry.
25      A. That's four years ago. No, I

1  don't know.
2      Q. Okay. And you -- you would
3  separate your laundry by color?
4      A. Yes, I do.
5      Q. Do you separate it out any other
6  way, by person, by, you know, the --
7      A. At times.
8      Q. -- kids' clothes?
9      A. Yes, I do. I'm very picky when it
10  comes to stuff like that.
11      Q. Okay. Now when you were cleaning
12  the kitchen, what would you do to clean
13  the kitchen?
14      A. At what point? Before or after --
15      Q. During the pregnancy the first
16  week at home.
17      A. That all depends. If I cook, I do
18  my -- I make sure my dishes are done after
19  cooking, all my countertops are wiped. I
20  usually keep a -- one of the round
21  canisters of disinfectant Lysol wipes,
22  that after I wipe the counters down with
23  hot soap and water, I'll wipe them down
24  further more with Lysol. And if I don't
25  have that, I will spray it with Lysol and

1  wipe all my stove down, my countertops, my
2  microwave. Most generally we don't leave
3  dishes on the counter. If we get them
4  done, we rinse them, we dry them, we put
5  them away. That way there is not dishes
6  sitting there. You really don't see dirty
7  dishes sitting on the counter longer than
8  a mealtime. If we don't get to them after
9  lunch, they all get done at supper.
10      Anything -- I usually -- like if I
11  use a rag with Lysol and stuff, it goes
12  straight downstairs to the laundry to be
13  washed. If they're the Lysol wipes, they
14  get thrown away. You know, I don't wipe
15  one counter and then go reuse it for five
16  more. If I've got to use 50 wipes in five
17  minutes, I will use 50 wipes in five
18  minutes. Cooking in as many restaurants
19  as I have, and stuff, it is something that
20  I -- you know, it has grown on me. You
21  learn how to clean well when you work in a
22  restaurant. You know, cleanliness is the
23  best thing in a restaurant.
24      Q. Okay. Now about how often would
25  you clean the restroom -- restrooms in your home?

1    A. Every day.

2    Q. So you clean the toilets, the

3 shower, the sinks, everything every day?

4    A. Pretty much every day. Unless

5 it's a day to where we're sick or we've

6 got too much to do. And if not, I'll do

7 it at 10:00 at night. If we're busy, gone

8 all day, and we come home just to get the

9 kids down and I'm stuck up until midnight

10 cleaning, that's what I do.

11    Q. How long does it take you to clean

12 the house the whole day?

13    A. It all varies. I put on music and

14 I just go. I don't really, you know, pay

15 attention to that much detail of how many

16 hours it takes me to clean.

17    Q. Does it take several hours?

18    A. At times, yeah. I'll put on --

19 not that it takes several hours. I just

20 like to take my time. I'm thorough.

21    Q. Okay.

22    A. If you would have had the mom I

23 had growing up, she was spring cleaning

24 every day freak. You know, if there were

25 fingerprints on her glass coffee table,

1 she would be chasing you with some Windex

2 and a paper towel.

3    Q. Okay.

4    A. So I mean I don't dare put a wet

5 cup down on mom's glass coffee table

6 without a coaster. So I mean it is not

7 that, you know, my house is that dirty it

8 takes that many hours, I'm just thorough

9 like that, you know. I put on certain

10 music or my headphones or my MP3 player

11 and I lose track of time. I just --

12    Q. Okay.

13    A. I like to rearrange a lot.

14 Sometimes that takes more. You know, I

15 like to move furniture around. I don't

16 like things being -- I don't like my couch

17 to be in the same spot for a year, you

18 know. I like change.

19    Q. Okay. Do you use anything to mop

20 the floors?

21    A. What? There's only two floors I

22 have to mop. And, yes, I do mop them.

23    Q. With what?

24    A. I will -- actually I will get on

25 my hands and knees with a rag and some

1 Lysol or -- or Pine-Sol. I had to think

2 for a minute. I was thinking of Mr. Clean

3 there, for the bald guy. Pine-Sol. I

4 love the smell of Pine-Sol.

5    Q. Okay. And what would happen when

6 you were -- you know, if you were done

7 cleaning at midnight, something like that,

8 what would you do after you were done

9 cleaning?

10    A. Take a shower and make sure all of

11 my cleaning stuff is put away and usually

12 go to bed. I'm usually the first one up,

13 last one down. I don't go to bed until I

14 know everything is usually done. Whether

15 there is cleaning to be done. I don't

16 leave a load of wet clothes in the washer

17 overnight. I don't leave a half dried

18 loads of clothes in the dryer overnight.

19 I don't leave my doors unlocked. You

20 know, before I go to bed, I make sure all

21 of my kids are sleeping and the door is

22 locked and everything is the way it is

23 supposed to be and then I go to bed.

24 That's my security.

25    Q. Got it. Okay. So one of the

1 things that you were talking downstairs is

2 that there is water softener for the

3 house?

4    A. Oh, I think we got -- I think it

5 is a water heater. We just got a water

6 heater. A furnace and a water heater.

7 Not a water softener. Sorry.

8    Q. Okay. Now the basement is

9 unfinished?

10    A. Yes. Yes.

11    Q. Have you ever tried to put any

12 floors in the basement?

13    A. What do you mean? There is cement

14 down there on the floors.

15    Q. Okay. But like anything on top of

16 that, like rugs?

17    A. Rugs. Carpet. I had carpet down

18 there.

19    Q. Okay. But that's been pulled out?

20    A. Yes. Foundation leaks. We got

21 some faulty spots in the foundation.

22    Q. So you had to pull it up because

23 water was getting in your basement?

24    A. Yes.

25    Q. And the windows and the doors

1  to your home, do you have like any screen
2  doors or screen windows on the house?
3      A.  Yes.
4      Q.  Do flies ever get in?
5      A.  It is a house.  Flies always get
6  in.  Yes.
7      Q.  Okay.
8      A.  And that's kind of inevitable.
9  You open a door, two seconds a fly can get
10  in, you know.  That's not uncommon.
11      Q.  Now yesterday we were talking
12  about some of the animals that live around
13  the house and so we talked a little bit
14  about Lola, that there was a Rat Terrier
15  dog --
16      A.  Okay.
17      Q.  -- that used to live with you
18  guys?
19      A.  Used to.
20      Q.  Okay.  And she has passed on?
21      A.  We got rid of her.
22      Q.  Oh, okay.  So she didn't
23  figuratively go to another farm, she
24  literally got shipped off to somewhere
25  else?

1      A.  Uh-huh (Yes).
2      Q.  Is there a reason you got rid of
3  the dog?
4      A.  Just made a decision, you know.
5  We had kids.  Animals are a little -- you
6  know, kind of a little -- I don't know.
7  It was just a decision we had to make, you
8  know.  It was kind of -- I don't know how
9  to explain that one, really.  It just --
10  the house wasn't big enough.  We had dogs
11  on each side of us.  Dogs aren't
12  necessarily quiet.  You put them out at
13  midnight to go to the bathroom and you
14  will have the whole neighborhood up.  I
15  got sick of basically having kids being
16  woke up in the middle of the night because
17  of animals.  And, you know, I just -- we
18  already got -- like I said, between the
19  neighbors, we got four dogs.  And we got
20  to hear them bark all night long.  I just
21  didn't want to add any more to the chaos.
22      Q.  And before you had Lola, it sounds
23  like sometimes you would put her outside.
24  Was she housebroken?
25      A.  Oh, yeah.  Oh, yeah.  She was

1  generally outside for the -- I am just
2  like my dad when it comes to that.  That
3  dog would not come in unless there was
4  almost a tornado out there.  I mean unless
5  it was too hot to where I could barely
6  stand it; too cold to where I could barely
7  stand it.  Other than that, that dog was
8  outside.
9      Q.  Was the dog chained up while it
10  was outside?
11      A.  Yes.  We had a kennel at some
12  point.  And I got sick of the kennel and
13  tore the kennel down and I had a ground
14  spike put in.
15      Q.  How big was this dog?
16      A.  About knee high to me.
17      Q.  Knee high to you?
18      A.  Yeah.  Give or take.  Not -- not
19  big.  She wasn't -- maybe 50 pounds.  I
20  don't know.  I am not good with dog
21  weights.  Not big.
22      Q.  Do you have any -- ever any other
23  problems other than the dogs next door to
24  you, like, you know, raccoons, coyotes,
25  anything coming to the house?

1      A.  No.  The occasional deer prints,
2  you wake up in the morning when it is
3  snowy out, you've got the occasional deer
4  prints in the driveway, but other than
5  that --
6      Q.  Okay.  Now you were doing the
7  cooking in the home back during Megan's
8  pregnancy and after you brought Jeanine
9  home?
10      A.  Yes.
11      Q.  Is there typical kinds of food
12  that you would cook for the family during
13  those times?  Like some people are really
14  big on, you know, this family always cooks
15  Asian food or, you know, we're vegetarians?
16      A.  I am a steak and potato guy.  I
17  love my meat and potatoes.  Big old big
18  slab of Porterhouse or New York Strip.
19      Q.  And do you prepare all of this
20  food in the kitchen?
21      A.  Uh-huh (Yes).
22      Q.  Do you eat anything else to -- do
23  you prepare anything else than steak and
24  potatoes for your family at that time?
25      A.  I really don't cook a lot of

1 her leave?

2    **A.** Vaguely.

3    **Q.** Okay. Were you -- prior to the

4 time that they let her leave, did you talk

5 to anyone about, you know, any

6 instructions on taking care of her?

7    **A.** Not -- no.

8    **Q.** Okay. On the Discharge

9 Instructions about halfway down, there is

10 a notation to set up a three to five day

11 appointment checkup for Jeanine. Do you

12 see that?

13    **A.** Uh-huh (Yes).

14    **Q.** Do you know if that appointment

15 was ever set up -- did you ever set up

16 that appointment?

17    **A.** No.

18    **Q.** So I assume you never -- you

19 personally didn't take her to a three or

20 five day appointment?

21    **A.** No.

22    **Q.** Now before Megan left the

23 hospital, did they give her anything on

24 the 17th?

25    **A.** If I recall, a care bag.

1    **Q.** Okay. Did you see that bag?

2    **A.** I don't -- I don't think so.

3    **Q.** Okay. So is it fair to say you,

4 like, didn't look inside of it?

5    **A.** Yeah, that's fair to say.

6    **Q.** Okay. Now at the time that week

7 and now -- I don't know if someone has

8 told you since then what may have been in

9 the bag or someone kind of tried to

10 describe it to you, but between the time

11 that Jeanine left the hospital on the 17th

12 and the time that you took her -- excuse

13 me. The time that she was taken by Megan

14 back to the doctor on the 24th of April,

15 did you -- did you have any idea what was

16 in that care bag?

17    **A.** Not necessarily, no. Not -- I --

18 it wasn't of any importance to me. I mean

19 if you don't mind me being honest.

20    **Q.** No. In fact, I insist on you

21 being honest in a deposition.

22    **A.** It just really didn't have no --

23    **Q.** Okay.

24    **A.** -- importance to me to --

25    **Q.** What is it? We have you on --

1 heard of the gift bag since then?

2    **A.** Yeah.

3    **Q.** Okay.

4    **A.** Yeah.

5    **Q.** Okay. But what you know about

6 that bag is what other people have told

7 you?

8    **A.** Just what I've heard from

9 conversation, yeah.

10    **Q.** Okay. But not your personal

11 observation?

12    **A.** Not my own -- no, nothing,

13 nothing -- no.

14    **Q.** Okay. Now when -- so was it you,

15 Megan and Jeanine that left the hospital

16 on the 17th?

17    **A.** I think I was already at home.

18 Don't -- I -- I really can't recall the

19 exacts of that. I -- I don't -- I'm vague

20 if I was even at the hospital when she

21 left or not. I want to say I was at home

22 waiting already.

23    **Q.** Oh, okay.

24    **A.** But don't quote me on that. I

25 could have been there. I really don't

1 remember.

2    **Q.** So if I asked do you remember a

3 car ride home with Jeanine from the

4 hospital --

5    **A.** I don't.

6    **Q.** -- to home, you wouldn't remember?

7    **A.** I remember the -- not the car

8 ride. I remember the car ride home from

9 Omaha, but, no, I don't remember a car

10 ride home when she was discharged from --

11    **Q.** Okay.

12    **A.** I -- I --

13    **Q.** Now once home on the 17th, Jeanine

14 was home, Megan was home, did you even --

15 did you see this care bag at all, like did

16 you see her put it somewhere in the house?

17    **A.** I wasn't paying attention.

18    **Q.** Okay.

19    **A.** I was doing my own thing.

20    **Q.** So you wouldn't know where they

21 put it?

22    **A.** No.

23    **Q.** Okay. And you wouldn't know where

24 it was kept for the next week?

Q. Okay.

A. I mean I would assume where it was supposed to be, but don't -- I --

Q. But you didn't know where it was supposed to be?

A. Yeah. So I had nothing to do with that, so I really can't say what -- where she put it, you know.

Q. Now between April 17th when she got home and then going to the doctor on April 24th, do you ever recall Jeanine being taken outside of the home?

A. No.

Q. Okay. So she stayed in the home the whole time?

A. That I recall, yeah.

Q. Now for that first week when Jeanine was home from the 17th to the 24th, you were living at the home, correct?

A. Yes.

Q. And it sounded -- well, it sounded like your routine during that time was -- some of it was involved in taking care of Kevin?

A. Yes.

Q. Okay. And what percentage of the -- what percentage of the time were you out away from Jeanine during that week, would you say?

A. Ninety percent of the time. I -- I probably only got like a 10 percent involvement in that week.

Q. Okay. So during that -- and that was the time that you were going out with Kevin to do different things?

A. Amongst my own things. At the time I was basically like a newborn diabetic. Found out I was diabetic probably right along the time the kids were being born, and not too long before that, and so I was still trying to figure out how to be a 26-year-old diabetic, you know. It is a lot easier than juvenile onset -- or it is a lot easier than having juvenile onset, but between Kevin and my own medical things, yeah, my -- my time was pretty much occupied.

Q. Okay. So when you say your own medical things, what were you doing?

What -- were you seeing doctors? Were you sick? What was going on?

A. Yeah. I was fighting for my life, actually. I was in and out of endocrinologist who had to put his career on the line to get me into a -- into a nuclear radiation to have my thyroid melted out. I didn't have insurance. And he kind of put his career and his doctor -- his own doctor's office on the line, put it out there to get me a surgery that I needed, because it was like a $28,000 procedure, and he went out on the limb and got several companies to front like 10 grand on it, because it was life or death, either I got my thyroid out or I was going to die, so --

Q. Do you recall who that doctor was?

A. Tareq Khairalla. T-A-R-E-Q K-H-A-R-I-L-L-A (sic), I believe.

Q. And he's here in Sioux City?

A. Dakota Dunes, South Dakota. He's over in the Dunes. He's with Midlands Medical.

Q. Okay. And so between -- and --

and we will get back to a little bit more of this outside the house time. So between your medical issues and taking care of Kevin, you were probably away from Jeanine about 90 percent of the time?

A. Yes.

Q. And during that 10 percent of the time, was there a particular time of day that that was taking place?

A. Really I didn't have nothing to do with her. I mean when she slept, I slept. You know what I mean? If that's what my 10 percent involvement was, if she was in the crib in our bedroom sleeping, and I happened to go in and lay in my bed to go to sleep, that's my involvement.

Q. So did you ever, like, hold her during that first week, play with her?

A. Yeah, I held her a couple of times. I mean -- you know, a couple minutes before she went to bed or -- but nothing -- you know.

Q. Were you like changing diapers or anything like that?

1    Q. And I believe before you said you
2  weren't involved in feeding her at all
3  during that week?
4    A. No.
5    Q. Now how about during that week, I
6  know you didn't feed her, but were you at
7  home when any of the food was prepared for
8  her?
9    A. I was there when it was prepared,
10 but not up front and center. I was --
11 that's --
12   Q. Did you ever watch the preparation
13 going on?
14   A. No.
15   Q. Okay.
16   A. No.
17   Q. So is it fair to say you have no
18 knowledge of how the formula was --
19   A. I really don't.
20   Q. -- ever prepared --
21   A. No, don't.
22   Q. -- during that week before she
23 went to the hospital on the 24th?
24   A. Yeah, I really have no knowledge
25 on that at all. I might be wrong on my

1  part, but, like I said, my involvement was
2  very limited.
3    Q. Okay.
4    A. I just didn't feel -- a lot going
5  on. I figured best Megan to learn first,
6  and then teach me what she knew, kind of,
7  you know. Kind of trial and error. I
8  don't know.
9    Q. Okay. I know you were out a lot
10 during that week, but did you notice
11 anything about Jeanine's schedules, like
12 when she would be awake, when she would be
13 asleep, when she got hungry, anything like
14 that that you can recall?
15   A. Not to really sit here and talk to
16 you about it, no. Not like normal, no.
17   Q. Do you know how many times a day
18 she took a nap?
19   A. I don't. I really don't.
20   Q. Do you know how many times a day
21 she ate?
22   A. I don't.
23   Q. All right. Would she cry at all?
24   A. I mean no more than a usual
25 newborn baby, you know, from -- at times

1  when I was in the house.
2    Q. Okay.
3    A. No more than a fussy newborn baby
4  would cry, but --
5    Q. Okay. Was anyone else at the home
6  helping out that first week?
7    A. I can't recall. There might have
8  been. I mean her family, you know, might
9  have stopped in for a little bit. Hey, do
10 you need help? Do you got some laundry
11 going on? I mean -- that's give or take.
12 I don't know on that.
13   Q. Do you recall whether or not you
14 saw her mother during that week at all?
15   A. I -- I don't recall, but I'm
16 pretty sure -- I'm pretty sure she was.
17 I -- I really -- I don't. I could sit
18 here and think about it all I want, but
19 I'm just not seeing her face pop up there.
20 You know what I mean? It's just --
21   Q. Fair enough.
22   A. Some things I remember. Some
23 things I just really don't recall.
24   Q. And so when -- and so you were out
25 of the house and you were doing things and

1  you were kind of busy about 90 percent of
2  the time. Of that time outside the home,
3  how much of it was spent with Kevin? Like
4  half? Less than half?
5    A. I'd put it to you this way, from
6  the time I got up until pretty much the
7  time I went to bed, I was outside. So
8  about the only time that I was inside and
9  really seen Jeanine or Megan was at
10 nighttime after bed.
11   Q. And now I'm just asking with your
12 time with Kevin.
13   A. Yeah. So most of my time was
14 spent with Kevin. Any time I was outside,
15 or whatever, Kevin is usually connected to
16 my hip.
17   Q. Were you taking him to any of
18 these medical appointments you had?
19   A. He has gone to several.
20   Q. And during that time were you
21 doing that, too?
22   A. I don't recall if he went with me
23 during that time or not, though.
24   Q. I'm just trying to figure out if
25 he was outside the home the whole time with

1 you or if sometimes he was back in the
2 house?
3     **A.** If he wasn't with me, he's out
4 playing. If he didn't go to a doctor's
5 appointment with me, he scurried off to
6 one of his friends so he didn't have to
7 go.
8     **Q.** Do you recall if during that week
9 he ever had any friends come over?
10     **A.** If Kevin did?
11     **Q.** Uh-huh (Yes).
12     **A.** I don't think he did at all,
13 because it's kind of one of them things
14 mom said no. We've got a lot -- newborn
15 babies in the house, this and that, and
16 kind of got to get used to that before we
17 got your crazy friends over here, so --
18     **Q.** Were you ever at home that first
19 week between the 17th and the 24th when
20 Jeanine got a bath?
21     **A.** I don't recall. I know we had the
22 bathtub things for her.
23     **Q.** Where was that?
24     **A.** I think they kept the one -- the
25 one stored with -- by the changing table

1 in the nursery in the nook. They had it
2 sitting down inside the changing table, I
3 believe. But I -- if Megan did give her a
4 bath, and stuff, I wasn't --
5     **Q.** Okay.
6     **A.** It was between the times I was
7 doing my normal -- you know. I'm always
8 on the go, so --
9     **Q.** Okay.
10     **A.** I never sit down in one place long
11 enough to -- I'm constantly on the go.
12     **Q.** Okay. And the times that you were
13 home and you said sometimes that you were
14 sleeping at the same time when Jeanine was
15 sleeping, was she sleeping in her crib?
16     **A.** Yes.
17     **Q.** Did -- is that where she always
18 slept when you saw her sleep?
19     **A.** As far as I remember, yeah.
20     **Q.** Was there anything in the crib
21 with her, like blankets, her teddy bear?
22     **A.** Her blanket. I don't think
23 anything else.
24     **Q.** Was there like a bumper or
25 anything on the crib?

1     **A.** Maybe a sawed off -- no. A
2 bumper, what do you mean? Like a pad?
3     **Q.** Yeah.
4     **A.** Yeah, they had the pads on it.
5     **Q.** Okay. Do you recall during that
6 week ever changing the bed, like taking
7 the blankets off or taking the bumper off
8 to clean?
9     **A.** I didn't.
10     **Q.** What?
11     **A.** I didn't, no.
12     **Q.** Okay. And how about the times
13 that you were at home, did you ever see --
14 well, my understanding that you guys did
15 not have a swing?
16     **A.** What do you mean?
17     **Q.** A baby swing that you can put the
18 baby in and it rocks it back and forth.
19 Did you have a baby swing?
20     MR. RATHKE: During those --
21     **Q.** That first week.
22     **A.** James had Pete when he came home,
23 so -- I believe so.
24     **Q.** Did you ever see her in a swing
25 that week?

1     **A.** I think so. I -- probably, but I
2 don't recall.
3     **Q.** Okay.
4     **A.** I mean --
5     **Q.** You're not sure?
6     **A.** I'm not sure on that.
7     **Q.** Okay.
8     **A.** That's -- that's a long time. I'm
9 not sure on that.
10     **Q.** Okay. How about any strollers?
11 Did you have any strollers at the time?
12     **A.** I know we had the big double one
13 for the twins, but it wasn't used until --
14 I don't think we ever really used it.
15     **Q.** Okay. So you never saw her in
16 that during that first week?
17     **A.** Huh-uh (No).
18     **Q.** Okay. Did you ever see her around
19 any kind of toys, like rattles, or stuffed
20 animals, anything like that, during that
21 first week?
22     **A.** I'm sure, but not -- nothing's
23 like sticking out, no. I mean I probably
24 did, but, like I said, a lot of things I
25 don't pay attention to came in from

1 outside doing something and she was laying
2 on the floor playing with something, you
3 know, I -- I probably just walked right by
4 her and was doing my own thing and didn't
5 even really, you know, pay -- probably
6 didn't even pay attention. That's why I'm
7 not recalling.
8  Q. Okay. I just want to make sure.
9 I'm handing you what has marked --
10 previously been marked as Deposition
11 Exhibit No. 13. And it is a one-page
12 document, ABT, back slash, K1, and it is a
13 label that says NeoSure on it. Okay?
14  A. Okay.
15  Q. Let me know when you're ready for
16 some questions. Are you ready?
17  A. Yeah.
18  Q. Okay. Have you ever read that
19 label before?
20  A. Not to my knowledge. It don't
21 look familiar.
22  Q. Is today the first time you ever
23 seen any of the writing on that label?
24  A. I think so.
25  Q. Okay.

1  A. I -- I mean I have seen labels
2 like it, but not -- I don't --
3  Q. Is today the first time you've
4 read any of the content of that label?
5  A. Yes.
6  Q. Okay. That's it.
7  A. Was I supposed to have read that
8 before or anything?
9  Q. There are no right or wrong
10 answers in depositions.
11  A. No. I'm just asking. Was it
12 something I was supposed to see before
13 or -- I don't remember reading anything
14 like that.
15  Q. Okay. Now if I were to say --
16 have you ever heard that there is liquid
17 and powdered infant formula?
18  A. Yeah, I have heard of that.
19  Q. Okay. During that first week,
20 were you ever aware of a time that Jeanine
21 was either having liquid or powered infant
22 formula?
23  A. Not aware by knowledge from being
24 there. Just from --
25  Q. What you have learned since then?

1  A. Yeah. What the -- yeah, just what
2 I have learned from the care bag that the
3 hospital gives and -- but --
4  Q. Okay. But that's the care bag you
5 never actually saw?
6  A. Yeah.
7  Q. People told you about?
8  A. That's all I know about it, is
9 what I learned after the -- throughout the
10 whole deal.
11  Q. Okay. So what you learned was
12 coming from other people, what they told
13 you?
14  A. Yes.
15  Q. You don't have firsthand
16 knowledge?
17  A. I don't.
18  Q. Okay.
19  A. I really don't.
20  Q. Okay. Now the night before Megan
21 took Jeanine to the hospital on the 24th,
22 were you home at all?
23  A. Probably.
24  MR. RATHKE: So are you
25 speaking of --

1  Q. The night of the 23rd, the evening
2 of the 23rd --
3  A. Yeah.
4  Q. -- were you home?
5  A. I am pretty sure I was.
6  Q. Do you recall a time when Megan
7 made a phone call to her mother that
8 night?
9  A. I'm not -- no.
10  Q. Okay. Do you recall any
11 conversation -- were you around when she
12 made any phone calls that day?
13  A. Not to my -- I don't recall, no.
14  Q. Is me asking you this question the
15 first time you have heard of the
16 possibility of a phone call between her
17 and her mother?
18  A. Yeah. Yeah.
19  Q. Did you ever check Jeanine's
20 temperature -- you -- at any point that
21 first week she was at home between the
22 17th and the 24th?
23  A. No.
24  Q. Okay. Did you ever talk to any
25 doctors about her temperature any time she got

1  home from the 17th to the 24th?

2    **A.** No.

3    **Q.** And any other kind of medical
4  specialist, like a nurse, anything like
5  that?

6    **A.** No.

7    **Q.** Now you remember -- Megan took
8  Jeanine to the doctor on the 24th,
9  correct?

10   **A.** Yes.

11   **Q.** Okay. And that was in the
12 evening? It was the early evening?

13   **A.** Mid-evening, I believe.

14   **Q.** And early in the day, my
15 understanding is that she went to the
16 hospital to pick up Jeanine's brother
17 James?

18   **A.** I -- I vaguely recall. I
19 vaguely -- I recall switching out one kid
20 with another, pretty much. Bringing James
21 home just in time for Jeanine to get
22 rushed out.

23   **Q.** Okay.

24   **A.** And that's really my recollection
25 of that night.

1    **Q.** Okay. Now your friend Blake was
2  with you that day?

3    **A.** No, he wasn't with us that day.

4    **Q.** Okay. Did Blake ever come over
5  that day?

6    **A.** No. I didn't meet back up with
7  him until we were being transported to
8  Omaha. That's when I had called Blake and
9  told him what was going on. And we packed
10 a bag and he come with me.

11   **Q.** Okay. Is there a reason that
12 Blake went to Omaha with you?

13   **A.** Because he's the kid's godfather
14 and he's my best friend. Moral support.
15 Friend support.

16   **Q.** Now that week before Jeanine went
17 to St. Luke's on the 24th, did Blake ever
18 come over that week to visit his
19 goddaughter?

20   **A.** I'm vague on that. He had a lot
21 of his own stuff going on with his wife at
22 the time, so there's a period there to
23 where my and Blake's involvement is
24 limited, due to his marriage problems, and
25 whatnot, so --

1    **Q.** Now you're not on speaking terms
2  with Blake now, you said?

3    **A.** Yes and no. When he got in
4  trouble, you know, I begged him not to go
5  where he was going. And I was kind of mad
6  at the fact that he went anyhow and set
7  himself up for failure.

8    **Q.** Okay. So he was going to do
9  something that would get him in trouble
10 and he --

11   **A.** Not that he was going to do
12 something. He was just moving with
13 somebody that ultimately would get him in
14 trouble, you know. So, like I said, as
15 long as he was living with that person, I
16 wasn't going to speak to him.

17     MR. SCANNAPIECO: Can we take like
18 a two-minute break so I can look at some
19 stuff.

20     THE VIDEOGRAPHER: We're off the
21 record.

22             *   *   *   *

23     (A recess was taken from 10:38
24 a.m. to 10:47 a.m.)

25             *   *   *   *

1      THE VIDEOGRAPHER: Back on the
2  record.

3    **Q.** (By Mr. Scannapieco) Now during
4  that week that Jeanine was first home,
5  April 17th through the 24th, or any time
6  during the pregnancy, as part of your
7  chores, did you ever clean any bottles --
8  baby bottles?

9    **A.** No. I let Megan do that. I put
10 all the bottles to the side so she can
11 boil them.

12   **Q.** Okay.

13   **A.** Since she was the one dealing with
14 the food, I just let her deal with that,
15 too, so there was no confusion.

16   **Q.** Did you ever do anything like
17 drying the bottles, putting them away?

18   **A.** Like I said, I let her -- I made
19 sure all of my stuff was done, and she had
20 the sink and the countertop clear, free to
21 herself, to do what she needed to do.

22   **Q.** Okay.

23   **A.** That way there wasn't no confusion
24 over which ones got clean, or if they got
25 bottled, or anything like that. That way

1  she knew what she was doing.
2     Q.  Now when Jeanine first went to the
3  doctor on April 24th, Megan took her there;
4  is that correct?
5     A.  Yes.
6     Q.  And you didn't initially go?
7     A.  No.
8     Q.  Okay.  Do you recall the first
9  time that you went to any doctors where
10 Jeanine was after that initial trip by
11 Megan on the 24th?
12    A.  I'm vague on it.  That's really
13 vague.  I don't --
14    MR. RATHKE:  Well, maybe I can
15 help here.  Didn't you leave the hospital
16 yourself and go to Omaha when she was
17 airlifted?
18    Q.  Well, hold on.
19    A.  Yeah, because I was in the
20 hospital.
21    Q.  Okay.  So that's the answer to my
22 next question.  Did you ever go to St. Luke's
23 before Omaha?
24    A.  That's where I am vague.  I want
25 to say I was admitted the same day Jeanine

1  was, after Jeanine was, I was admitted,
2  from my doctor.
3     Q.  Okay.  You were admitted at
4  St. Luke's?
5     A.  Yes.
6     MR. RATHKE:  Did we ever give you
7  those hospital records?
8     MR. SCANNAPIECO:  Yeah.
9     MR. RATHKE:  We did.  Okay.
10 Because you know, sir, I know at one point
11 we didn't want to give you records, but I
12 think we did on those related to this.
13    MR. SCANNAPIECO:  There were some
14 hospital records.
15    MR. RATHKE:  Then we gave you them
16 all.
17    Q.  Okay.  So at some point -- I'm
18 just trying to figure out, his admission,
19 whether, while you were at the hospital,
20 you were seeing Jeanine at all?
21    A.  No.  I was actually guaranteed
22 upstairs.  I couldn't go near her.  She
23 couldn't go near me.  Nobody could come in
24 my room without a mask.
25    Q.  Okay.  And was that -- that was

1  around the 24th as well?
2     A.  Yes.
3     Q.  Okay.  Was that the first -- that
4  wasn't the first time you went to the
5  hospital in April, was it?  You had been
6  there earlier in the month?
7     A.  I don't recall.
8     Q.  Okay.
9     A.  Maybe I had been for -- is that
10 when I did my nuclear radiation, I wonder?
11 End of March, beginning of April of that
12 year, that's when I might have went
13 through the -- because Megan was still
14 pregnant with the twins and I couldn't go --
15 I had to be quarantined to another house.
16    (Exhibit 18 was marked.)
17    *  *  *  *
18    Q.  And I'm going to show you this
19 document, which we've marked as Deposition
20 Exhibit No. 18.  It says History and Physical
21 Report No. 1 at the top.  It has something
22 in there that says 4 -- it says Troy D.
23 Kunkel.  Do you see that right under those
24 words, and then the date 4-2, 2008?
25    A.  Yes.

1     Q.  And then at the bottom, it is
2  marked SLT4 through 5?
3     A.  Yeah.
4     Q.  Okay.  So there is a line there
5  that -- I'm just going to read it and see
6  if this helps you remember anything.  It
7  says History of Present Illness.  And then
8  under that, it says, The patient is a
9  24-year-old male who presents with a
10 complaint of vomiting.  The onset of the
11 vomiting has been acute and has been
12 occurring in a persistent pattern for
13 days.  The course has been increasing.
14 The vomiting is characterized as bilious,
15 I guess.  Blood with pieces of pinkish
16 flesh, but symptoms have no aggravating
17 factors.  The symptoms have no relieving
18 factors.  The symptoms have been
19 associated with chest pain, fever, and
20 weight loss.  Down 9 pounds from
21 yesterday.  Do you see that?
22    A.  Uh-huh (Yes).
23    Q.  Do you recall a hospitalization
24 for those type of symptoms in early April
25 of 2008?

1 2nd.  It is on both pages.  Do you see
2 that?
3      MR. RATHKE:  I'd feel a lot more
4 comfortable if there is some better
5 indication of when -- of when this sign
6 out occurred.  I see what you're saying,
7 but --
8      MR. SCANNAPIECO:  Okay.
9      MR. RATHKE:  -- my experience with
10 medical records is that sometimes dates
11 get on there for odd reasons and may not
12 correlate to the date of the event, but
13 whatever.
14      Q.  Okay.  Do you ever recall having
15 to check out of the hospital and then come
16 back in --
17      A.  Yes.
18      Q.  -- on the same day?
19      A.  Yes.
20      Q.  Okay.  And do you recall what your
21 symptoms were at the time that that
22 happened?
23      A.  If this is right, this is when I
24 went to pee and my blood sugar was 700
25 almost.

1      Q.  Okay.
2      A.  Or was around 700.  Like I said, I
3 was going ketoacidosis.
4      Q.  Okay.  And when you were going
5 into ketoacidosis, before that had you
6 been nauseous?
7      A.  Vomiting, yeah.
8      Q.  Okay.
9      A.  Losing weight.  Couldn't eat.
10 Couldn't hold my food down.
11      Q.  Okay.  And were you at the -- were
12 you going through this at home?  Like
13 where was this happening?
14      A.  At home.  This -- this was the
15 early stages of my diabetes.  This was
16 when I was just like learning how to be a
17 diabetic.
18      Q.  Okay.
19      A.  I had a lot of problems with it at
20 first.
21      Q.  Okay.
22      A.  So I -- I had -- I -- I mean I'm
23 sorry I'm not recalling.  I have got so
24 many hospitalizations and doctor visits
25 and doctors over my diabetes, I'm trying

1 to really cipher through six years of
2 doctors and medical and being admitted
3 into the hospital for it and -- but I
4 can't recall dates, or nothing like that,
5 to be specific, no.
6      Q.  Okay.  Now during that -- your
7 time at St. Luke's for when you said you
8 were learning about your condition and
9 when you were in there, checked out and
10 came back, do you recall them ever running
11 any drug tests on you?
12      A.  Probably.  They do every time.
13 They take pee.
14      Q.  Yeah.  Okay.
15      A.  And there was probably marijuana
16 in there.
17      Q.  What did you say?
18      A.  There was probably marijuana in
19 there.
20      Q.  Okay.  So was that -- were you --
21 was that one of the times that you were --
22 around the time you were using it, around
23 April of 2008?
24      A.  If it was in there, then, yeah.
25 I -- I mean I don't recall specific use,

1 or nothing, you know.  But it could have
2 been -- because, like I said, around '08
3 and before that, I was -- I wasn't doing
4 really nothing.  It could have been a -- a
5 slipup.  I don't --
6      MR. RATHKE:  Okay.  Do you have a
7 document to show him on that?  I mean the
8 insinuation is they flunked -- that
9 marijuana was found.
10      A.  I mean they never told me anything
11 like that.  I mean --
12      Q.  Okay.
13      A.  If the doctor -- because every
14 time I go in for a three-month checkup,
15 the doctor does a UA.
16      Q.  Can you please put a --
17      A.  He has never -- you know, they've
18 never come to me and said, well, hey,
19 there's marijuana in your system, or
20 nothing like that, you know.
21      Q.  Okay.
22      A.  I mean they know my past.  And I
23 have been very open with my doctors, so --
24      Q.  Okay.
25      A.  So like if there was

# EXHIBIT 21

## History & Physical Report #1

Troy D. Kunkel
1/25/2008 3:49 PM
Location: INDIAN HILLS CLINIC
Patient ID: 410990
DOB: 4/19/1983
Single / Language: Undefined / Ethnicity: Undefined
Male

KUNKEL, Troy D.
ATTEND PETERSON, PAUL
ADM 25Apr2008   DOB 19Apr1983 25
ACCT 147322952   MR 17330138

**History of Present Illness (Carol L Miller, RN; 4/25/2008 3:58 PM)**
The patient is a 25 year old male who presents with a complaint of headache . headache notes: Pt comes in with c/o headache and states his new daughter has Meningitis. Pt states he has a fever of 103.1 last night and fever has been up, nausea and vomiting on aff for the last 3 days. and down for the last 3 days, states he had a severe headache, body aches, neck pain with severe sharp stabbing pain on left side of neck and jaw. Pt c/o severe night sweats and BGMs bouncing upand down rapidly. Pt also c/o severe thirst.

**Allergies (Paul D Peterson, DO; 4/25/2008 4:32 PM)**
No Known Drug Allergies

**Past Medical History (Paul D Peterson, DO; 4/25/2008 4:32 PM)**
Hospitalizations - Dates/Reasons. 04/03/2008 SLRMC-Diabetic ketoacidosis, severe dehydration, bronchitis, recent thyroid ablation for Graves disease with hyperthyroidism, chronic tobacco abuse disorder, substance abuse with marijuana--DISCH 4/4/08.
Hospitalizations - Dates/Reasons. 03/18/2008 SLRMC-Gastroenteritis; dehydration, hyperglycemia; known diabetes, hyperthyroidism-DISCH 3/19/08.
St. Luke's Admit. 12/04/2007 See D/C report 12-6-2007; 1. Diabetic ketoacidosis. 2. Thyrotoxicosis. 3. New onset diabetes mellitus type II 4. hyponatremia. 5. Dehydration 6. Abdominal 7. Electrolyte imbalance.
Fractured left Tib/Fib and was followed by Dr. Stokesbury. 2007 This did not require surgery.
Hospital Admit. 07/2006 MVA; fractured right clavicle and concerned about concussion so was there overnight.
Splenectomy. At age 8; patient had removed for spherocytosis and also a bit of the pancreas. per Dr. Morris. This was for Spherocytosis.
HEREDITARY SPHEROCYTOSIS (282.0)
DIABETES MELLITUS TYPE II (250.00)
HYPOSMOLALITY AND/OR HYPONATREMIA (276.1)
VOLUME DEPLETION DISORDER; DEHYDRATION (276.51)
ABDOMINAL PAIN (789.00)
DIABETES MELLITUS WITH KETOACIDOSIS; TYPE II OR UNSPECIFIED TYPE, UNCONTROLLED (250.12)
HYPERTHYROIDISM w/ h/o Thyrotoxicosis. s/p Ablation on 3/31/08 SLRMC

**Family History (Paul D Peterson, DO; 4/25/2008 4:32 PM)**
Hereditary Spherocytosis. Paternal history
Diabetes Mellitus. Brother, Paternal Uncle, Paternal Aunt, Maternal Family Members

**Social History (Paul D Peterson, DO; 4/25/2008 4:32 PM)**
Marital Status. Single
Career/Job. Glass Palace
Non Drinker/No Alcohol Use
Pt wears contacts/glasses
Siblings. Pt has 1 brother and 2 sisters.
Tobacco Use. Smokes 1 pack of cigarettes per day x 11 years, Recently quit tobacco use 3/2008

**Medication History (Carol L Miller, RN; 4/25/2008 3:50 PM)**
Xanax (0.5MG Tablet 1 Oral every 6 hrs prn, Taken starting 04/04/2008) Ordered - Hx Entry.
Propylthiouracil (50MG Tablet 3 (three) Oral four times daily, Taken 04/02/2008 to 04/25/2008) Inactive - Hx Entry. (pt called with results of thyroid scan and instructed needs to take above dose for 2 weeks and to call for refill to determine any changes. Pt also instructed to have labs drawn in 6 wks. Called into Walg/DT...)
Prednisone (20MG Tablet 2 Oral daily, Taken 04/01/2008 to 04/25/2008) Inactive - Hx Entry.
Lantus (100UNIT/ML Solution 65 units Subcutaneous daily) Active - Hx Entry.
NovoLog (100UNIT/ML Solution 10 units Subcutaneous before every meal) Active - Hx Entry.

**Review of Systems (Paul D Peterson, DO; 4/25/2008 4:33 PM)**
**General:** *Present:* Fatigue and Fever. *Not Present:* Night Sweats.
**Skin:** *Not Present:* Hair Loss, Itching, New Lesions and Rash.
**HEENT:** *Not Present:* bothered by light (photophobia), eye discharge, Visual Disturbances, Decreased Hearing, Ear Pain, Nose Bleed, Frequent Colds, Nasal Congestion, Bleeding Gums, Voice Changes and Hoarseness.
**Neck:** *Not Present:* Neck Pain and Swollen Glands.
**Respiratory:** *Not Present:* Cough, Snoring, Difficulty Breathing, coughing up blood, Sputum Production and Wheezing.
**Cardiovascular:** *Not Present:* Difficulty Breathing On Exertion, Difficulty Breathing Lying Down, Elevated Blood Pressure, Irregular Heart Beat, Palpitations, Rapid Heart Rate and Swelling of Extremities.
**Gastrointestinal:** *Not Present:* Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing, Gas, Heartburn, Indigestion, Nausea, Rectal Bleeding and Vomiting.
**Male Genitourinary:** *Present:* Frequency, Nocturia and Polyuria. *Not Present:* Blood in Urine, Change in Urinary Stream, Discharge, Hesitancy, Impotence, Incontinence, Painful Urination, genital sores, Testicular Mass, Urethral Discharge, Urgency and Urinating at Night.
**Musculoskeletal:** *Present:* Muscle Weakness. *Not Present:* Joint Stiffness, Joint Swelling and Muscle Pain.
**Neurological:** *Not Present:* Seizures, Tremor and Weakness.
**Endocrine:** *Present:* Excessive Thirst and Thyroid Problems (recent Thyroid Ablation). *Not Present:* Cold Intolerance, Excessive Urination, Heat Intolerance and Sexual Dysfunction.
**Hematology:** *Not Present:* Abnormal Bleeding, Anemia, Easy Bruising and Enlarged Lymph Nodes.

EXHIBIT
21
PENGAD 800-631-6989

SLT0142

Vitals (Carol L Miller, RN; 4/25/2008 3:49 PM)
4/25/2008 3:49 PM
Temp.: 98.3° F (Oral)  Pulse: 84 (Regular)
BP: 106/80    Manual (Sitting, Left Arm, Standard)

KUNKEL, Troy D.
ATTEND PETERSON, PAUL
ADM 25Apr2008  DOB 19Apr1983
ACCT 147322952    MR 17330138

Physical Exam (Paul D Peterson, DO; 4/25/2008 4:09 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Cooperative and Sickly. Not in acute distress. **Build & Nutrition** - Well nourished and Well developed. **Hydration** - Well hydrated.

**Integumentary**
**General Characteristics:** Skin Moisture - skin is clammy and skin is excessively moist. **Temperature** - Increased warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - supple. no palpable mass on the right and no palpable mass on the left.
**Trachea** - midline.

**ENMT**
**Ears**
**External Auditory Canal - Left** - no cerumen impaction noted. **Right** - no cerumen impaction noted.
**Otoscopic Exam: Tympanic Membrane - Left** - tympanic membrane is gray in appearance, no bulging noted, no inflammation observed and no retraction of TM observed. **Right** - tympanic membrane is gray in appearance. no bulging noted, no inflammation observed and no retraction of TM observed.
**Nose and Sinuses**
Inspection of the nares - **Left** - Patent. **Right** - Patent. **Nasal Mucosa - Bilateral** - no congestion observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx: Teeth** - Normal. **Oral Mucosa** - lesion(s) not present and no dryness noted. **Oropharynx** - Normal.

**Chest and Lung Exam**
**Inspection:**
**Chest Wall:** - Normal.
**Shape** - Normal and Symmetric. **Movements** - Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Palpation:** Palpation of the chest reveals - Non-tender.
**Auscultation:**
**Breath sounds: Bronchial** - Both Lung Fields.
**Adventitious Sounds** - Inspiratory wheeze - Right Lung Field.

**Cardiovascular**
**Palpation/Percussion:** Examination by palpation and percussion reveals - No Thrills.
**Point of Maximal Impulse:** - Normal.
**Auscultation: Heart Sounds** - S1 WNL and S2 WNL. No S3.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

Assessment & Plan (Paul D Peterson, DO; 4/25/2008 4:35 PM)
**FEVER (780.6)**
Bacterial Meningitis Exposure
**Plans:**
CBC, PLATELETS & AUT DIFF (85025) - Routine
Patient admitted to hospital-see admit orders.

**DIABETES MELLITUS TYPE II (250.00)**
**Plans:**
GLUCOSE (82947) - room 20 - Routine
**COUGH (786.2)**
**HEREDITARY SPHEROCYTOSIS (282.0)**
prior Splenectomy
**DIABETES MELLITUS WITH KETOACIDOSIS; TYPE II OR UNSPECIFIED TYPE, UNCONTROLLED (250.12)**
**DEHYDRATION (276.50)**
**HYPERTHYROIDISM w/ h/o Thyrotoxicosis**
s/p Ablation on 3/31/08 SLRMC

*Paul P. Peterson DO*

Paul D Peterson, DO

SLT0143

Case 5:11-cv-04017-MWB-CJW  Document 116   Filed 08/01/13  Page 21 of 21