Security National Bank v. Abbott Laboratories
No. C 11-4017-MWB
Jury Exhibit Index

| Marked | JOINT Exhibits, Description |
|---|---|
| 2007 | Midwest Neurosurgery & Spine Specialists (07/29/2008) |
| 2012 | CDC E. sak Outbreak Investigation Form (04/30/2008) |
| 2013 | Similac® NeoSure® Infant Formula label |
| 2015 | Handwritten Formula Directions, Children's Hospital of Omaha Notes re: NeoSure 22 feeding. (06/02/2008) |
| 2034 | FAO/WHO, Microbial Risk Assessment Series #6: Meeting Report, Executive Summary (2004) at xv-xvii |
| 2038 | FDA, Establishment Inspection Report (12/14/2006) |
| 2040 | FDA, Establishment Inspection Report (11/14/2007) |
| 2050 | Summary of Complaint (05/2008) |
| 2051 | Batch Review Results & Microbiological Testing Report (5/14/2008) |
| 2052 | Abbott Batch Review Results (05/2008) |
| 2053 | Abbott Finished Product Micro Test Results (2008) |
| 2153 | CDC Results Summary |
| | |

| Marked | PLAINTIFF Exhibits, Description |
|---|---|
| 0028 | Similac NeoSure label (showing 2 panels and taken from Ex 2013) |
| 0030 | Abbott Interoffice corres 5/02/06 |
| 0035 | 2006 WHO Report, Executive Summary |
| 0042 | Batch Log Review – Process |
| 0043 | Batch Log Review – Dryer |
| 0044 | Batch Log Review – Filling |
| 0045 | Batch Log Review – Lab |
| 0046 | Batch Log Review – Lab |
| 0055 | Environmental Monitoring Oct-Nov 2006 |
| 0056 | Environmental Monitoring December 2006 |
| 0057 | Environmental Monitoring January 2007 |
| 0058 | Environmental Monitoring February 2007 |
| 0059 | Environmental Monitoring May 2007 |
| 0060 | Environmental Monitoring June 2007 |
| 0061 | Environmental Monitoring August 2007 |
| 0062 | Environmental Monitoring September 2007 |
| 0063 | Environmental Monitoring October 2007 |
| 0064 | Environmental Monitoring November 2007 |
| 0065 | Environmental Monitoring December 2007 |
| 0066 | Environmental Monitoring January 2008 |
| 0067 | Environmental Monitoring February 2008 |
| 0068 | Environmental Monitoring March 2008 |
| 0069 | Environmental Monitoring April 2008 |
| 0070 | FDA email |
| 0072 | IFC email |
| 0073 | CDC MMWR 04/12/02 |
| 0074 | IFC letter to FDA |
| 0075 | IFC letter |
| 0076 | IFC Comments |
| 0078 | Infant Feeding: Safety Issues for Health Care Professionals by IFC |
| 0081 | IFC email and attachment |
| 0082 | IFC email and attachment |
| 0084 | IFC email and attachment |
| 0085 | IFC email and attachment |

| | |
|---|---|
| 0086 | IFC email and attachment |
| 0088 | IFC letter to FDA |
| 0089 | IFC letter to FDA |
| 0090 | March paper |
| 0093 | IFC email and attachment |
| 0095 | IFC email and attachment |
| 0096 | 2004 WHO Report |
| 0101 | IFC email and attachment |
| 0102 | IFC email and attachment |
| 0104 | IFC document |
| 0107 | IFC email |
| 0108 | IFC email and attachment |
| 0109 | IFC email and attachment |
| 0110 | IFC email |
| 0111 | 2006 WHO Report BOOK |
| 0113 | IFC email and attachment |
| 0116 | IFC email and attachment |
| 0118 | IFC email and attachment |
| 0119 | IFC email and attachment |
| 0120 | Megan Surber medical records, Siouxland Women's |
| 0121 | Megan Surber birth admission, St. Luke's |
| 0124 | Jeanine 4/24/08-4/26/08 admission, St. Luke's |
| 0125 | Jeanine 4/26/08-6/2/08 admission, Children's |
| 0127 | Jeanine medical records 6/10/08-7/14/08 |
| 0128 | Jeanine 7/16/08-7/24/08 admission, Children's |
| 0129 | Jeanine Medical Records 7/29/2008-12/16/2008 |
| 0130 | Jeanine Medical Records 1/1/09-12/31/09 |
| 0131 | Jeanine Medical Records 1/1/10-6/30/10 |
| 0132 | Jeanine medical records 7/1/10-12/31/10 |
| 0133 | Jeanine medical records 1/1/11-6/30/11 |
| 0134 | Jeanine medical records 7/1/11-12/31/11 |
| 0135 | Jeanine medical records 1/1/12-6/30/12 |
| 0136 | Jeanine medical records 7/1/12-12/31/12 |
| 0137 | Jeanine medical records 1/1/13-present |
| 0138 | Jeanine educational records |
| 0140(a) | Able Kids physical therapy records |
| 0140(b) | Able Kids physical therapy records |
| 0140(c) | Able Kids physical therapy records |

| 0141 | Iowa DHS Subrogation lien itemization |
| 0142 | Day in the Life Video |
| 0143 | Therapy Video |
| 0144 | Parent copy of Children's Hospital Discharge Instructions |
| 0147 | CDC 2013 Advisory to Parents |
| 0148 | Letter, FDA to Health Professionals revised 10/10/02 |
| 0157 | CDC Infant Feeding Practices Study, Chapter 3. Infant Feeding |
| 0174 | Table of Abbott product sales |

| Marked | DEFENSE Exhibits, Description |
|---|---|
| 1000(a) | St Luke's Physician Order (04/17/2008) |
| 1000(b) | St. Luke's Prescription Form (04/17/2008) |
| 1000(c) | St Luke's Newborn Discharge Summary (04/17/2008) |
| 1000(d) | St Luke's Discharge Instructions Report (04/17/2008) |
| 1000(e) | St. Luke's Prescription Form (04/23/2008) |
| 1000(f) | St Luke's Conditions of Admission and Consent to Treatment (04/24/2008) |
| 1000(g) | St Luke's History-Physical Exam. (04/24/2008) |
| 1000(h) | St Luke's Graphic/Intake & Output Record (04/24-25/2008) |
| 1000(i) | St Luke's Department of Pathology and Clinical Lab Services (04/26/2008) |
| 1000(j) | St Luke's Discharge Summary (04/26/2008) |
| 1001(a) | Children's Hospital History and Physical (04/28/2008) |
| 1001(b) | Children's Hospital Discharge Summary (06/27/2008) |
| 1002 | Univ. of Iowa Hospitals Clinic Note (10/22/2008) |
| 1003(a) | AbleKids Status Report (08/08/2012) |
| 1003(b) | AbleKids Daily Treatment Notes (Feb.-Mar. 2010) |
| 1003(c) | AbleKids Daily Treatment Notes (Sept.-Oct 2010) |
| 1003(d) | AbleKids Daily Treatment Notes (Apr.-June 2012) |
| 1003(e) | AbleKids Daily Treatment Notes (Apr.-May 2010) |
| 1003(f) | AbleKids Daily Treatment Notes (Jan.-Feb. 2012) |
| 1004 | St. Luke's Medical Records for Ja. Kunkel (04/14/2008-04/24/2008) |
| 1005(a) | St Luke's Medical Records for T. Kunkel (04/02/2008-04/04//2008) |
| 1005(b) | St Luke's Medical Records for T. Kunkel (04/25/2008-04/26/2008) |
| 1006(a) | CDC, email from Anna Bowen (05/01/2008) |
| 1006(b) | CDC, email from Anna Bowen (05/15/2008) |
| 1007 | CDC Chain of Custody Form (05/01/2008) |
| 1008(a) | CDC Outbreak Worksheet (05/06/2008) |

| 1008(b) | CDC Testing Samples (05/13/2008) |
|---|---|
| 1009(a) | FDA Collection Report 442190 (05/08/2008) |
| 1009(b) | FDA Summary Report 442190 (05/14/2008) |
| 1010 | FDA email from Elisa Elliot (05/09/2008) |
| 1011 | Iowa DPH email from Mary Roxroat (05/13/2008) |
| 1012(a) | Cook & Thurber, Food Safety & Quality Audit (04/09/2007) |
| 1012(b) | Cook & Thurber, Food Safety & Quality Audit (04/08/2008) |
| 1012(c) | Cook & Thurber, Food Safety, Quality and Food Defense Expectations and Criteria for Food Processing Facilities (01/2007) |
| 1013(a) | Abbott Batch Log Review Heat Treatment (01/8/2008) |
| 1013(b) | Abbott Batch Log Review, Dryer Operation (01/10/2008) |
| 1013(c) | Abbott Batch Log Review, Finished Product Test Results (01/13/2008) |
| 1014 | Microbiological Raw Ingredient Data Report |
| 1015 | Abbott Swab Monitoring (Q4/2007 – Q1/2008) |
| 1016 | Abbott Microbiology Methods Manual, Sec. 11, 78, 79 |
| 1017(a) | Casa Grande Plant Procedure: Protective Gowning Area Procedure Powder Production and Testing (10/31/2006) |
| 1017(b) | Casa Grande Plant Procedure: Sanitation & Housekeeping Standards (10/19/2007) |
| 1017(c) | Casa Grande Plant Procedure: Powder Filling Cleaning Procedure (03/16/2007) |
| 1017(d) | Casa Grande Plant Procedure: Powder Sampling Plan (07/13/2007) |
| 1017(e) | Casa Grande Plant Procedure: Environmental Monitoring Program (06/29/2007) |
| 1017(f) | Casa Grande Plant Procedure: Dryer Environmental Monitoring Program (02/23/2007) |
| 1018 | FAO/WHO, Microbial Risk Assessment Series #15: Meeting Report, 3. Epidemiology and public health Table 2-3 (2008) at 16 |
| 1019 | CODEX, Code of Hygienic Practice for Powdered Formulae (2008) |

| 1020 | CDC email from A. Bowen to J. Jason (09/27/2011) |
| --- | --- |
| 1021 | FDA letter from B. Silverman to J. Jason (03/01/2012) |
| 1022(a) | 12.8 ounce can of NeoSure® PIF |
| 1022(b) | 6-unit packs of 2-ounce bottles of NeoSure® RTF |
| 1022(c) | 32-ounce bottles of NeoSure® RTF. |