MR Number:    17330138                     Acct.  Number:    00147322952
Pt. Name:     KUNKEL, TROY D               Pt. Location:         X519
Dictated by: LISA A REMER, MD

cc:  LISA A REMER, MD

Admission Date: 04/25/2008
Discharge Date: 04/26/2008

IDENTIFICATION INFORMATION AND REASON FOR ADMISSION:
This is a 25-year-old male who has a history of insulin-dependent
diabetes mellitus.  He was admitted for fever with stiff neck and
rule out meningitis.

CONSULTANTS:
1.  Bertha Ayi, M.D.
2.  Daniel Lamptey, M.D.

LABORATORY DATA:
Blood sugars have been fairly well controlled, running a bit low
185 and 75.  CBC showed normal white count of 9.3 and hemoglobin
16.8.  Sodium 136, potassium 3.7 and creatinine 0.5.  Insulin
screen was negative.  Blood cultures are negative at this point.
UA showed no evidence of infection, but some fluid crystals.

HOSPITAL COURSE:
The patient was admitted and infectious disease was consulted.
Blood sugars were obtained q.i.d., labs as above.  He was given
IV fluids.  Yale protocol was initially started though the
patient _____ that at that point.  DuoNeb treatments were given.
Meningitis was affectively ruled out as far as resolution of the
patient's symptoms and chest x-ray was obtained to further
monitor for pneumonia though the chest x-ray was negative, it was
thought that his symptoms _____ represents pneumonia in fact.

ASSESSMENT:
1.  Pneumonia.
2.  Insulin-dependent diabetes mellitus.
3.  Tobacco use disorder.
4.  History of diabetic ketoacidosis in the past.
5.  Mild hypoglycemia.

PLAN:
The patient will be dismissed.  Had discussed with him that we
would prefer to keep him a day or so longer, however, he has a
child who is 9-days old and now he will be phoned to Children's
Hospital in Omaha for meningitis.  He would like to be there and
certainly it is appropriate for him to do so.  He has been
dismissed on Levaquin 750 mg daily x7 days, cephalexin 500 mg 1
p.o. t.i.d. x7 days.  He will follow up with Dr. Peterson in the
next 1-2 weeks or sooner p.r.n. problems.

DISCHARGE MEDICATIONS:
To be those as mentioned.  He will take his Lantus insulin and
Novolog insulin as before with 65 units of Lantus daily and 10
 %%PAGE 147322952



11-cv-4017MWBT

1005B

SLT0137

units of Novolog with each meal. I recommended that he quit smoking. He is also given a prescription for lorazepam 0.5 mg q. 8h. p.r.n. for anxiety as needed.

eScription document:9-7457858 Confirmation:265010 IF

LR/fi
D: 04/26/2008   2:46 P
T: 04/27/2008   4:24 A
Doc#: 2133228

DISCHARGE SUMMARY
Authenticated by LISA A REMER, MD On 1/20/09 8:59:25 PM

SLT0138

**1005B-002**

```
                      ST LUKES SIOUX CITY
                   ENCOUNTER TRANSCRIPTION
PATIENT: KUNKEL, Troy                 PROVIDER: PIPE ON HEAD, GENEVIEVE
ADDRESS: 2005 MCKINLEY ST                   DATE: 26Apr2008    LOC:  INPATIENT
         SIOUX CITY, IA  51109        ACCOUNT#: 147322952
PRIMARY DX:                  CPT:              PROC:
SECONDARY DX:                MRN: 17330138     ROOM:            PAGE:   1
----------------------------------------------------------------------
```

ST LUKE'S REGIONAL MEDICAL CENTER

Actual Discharge Date: April 26th, 2008

HOME INSTRUCTIONS FOR: Troy Kunkel

Please bring this sheet to your next doctor office visit and to
your pharmacy when filling your prescription.

MEDICATIONS

- Levaquin 750mg -  Take 1 tablet by mouth x 7 days

- Keflex 500mg - Take 1 tablet by mouth three times daily x 7 days

- ATIVAN 0.5MG - TAKE BY MOUTH EVERY SIX HOURS AS NEEDED.

DIET/FLUIDS

- Diabetic Diet

APPOINTMENTS

- YOU WILL NEED TO CALL AND SCHEDULE A FOLLOW UP APPOINTMENT TO SEE
DR PETERSON IN THE OFFICE LOCATED AT 2600 OUTER DRIVE NORTH SIOUX CITY
IA 712-239-3300. YOU WILL NEED TO BE SEEN IN 1-2 WEEKS

ACTIVITY

- As tolerates

_____

For any further problems or concerns contact your doctor or call
My Nurse at 1-877-242-8899.  Contact your doctor if your pain is
not under control.
_____

I have read and understand the above instructions:

_____
Signature of patient/significant other/parent/guardian

   E N C O U N T E R    R E P O R T

SLT0139

DISCHARGE INSTRUCTIONS REPORT

Report - Date/Time: 26Apr08 12:30pm

: 17330138
Patient: KUNKEL, Troy  D.

          SIOUX CITY      IA    51109                    147322952

Report Name: Inpatient Discharge Instructions              Type:   TRX
--------------------------------------------------------------------------------

ST LUKE'S REGIONAL MEDICAL CENTER

Actual Discharge Date: April 26th, 2008

HOME INSTRUCTIONS FOR: Troy Kunkel

lease bring this sheet to your next doctor office visit and to
your pharmacy when filling your prescription.

**MEDICATIONS**

- Levaquin 750mg -   Take 1 tablet by mouth x 7 days

- Keflex 500mg - Take 1 tablet by mouth three times daily x 7 days

- ATIVAN 0.5MG - TAKE BY MOUTH EVERY SIX HOURS AS NEEDED.


**IET/FLUIDS**

- Diabetic Diet

**APPOINTMENTS**

- YOU WILL NEED TO CALL AND SCHEDULE A FOLLOW UP APPOINTMENT TO SEE DR
PETERSON IN THE OFFICE LOCATED AT 2600 OUTER DRIVE NORTH SIOUX CITY IA
712-239-3300. YOU WILL NEED TO BE SEEN IN 1-2 WEEKS


**CTIVITY**

- As tolerates


For any further problems or concerns contact your doctor or call
My Nurse at 1-877-242-8899.  Contact your doctor if your pain is
not under control.

4/26

SLT0140

DISCHARGE INSTRUCTIONS REPORT

Report - Date/Time: 26Apr08 12:30pm

&#40;&#41;: 17330138
&#40;&#41;ient: KUNKEL, Troy  D.

      SIOUX CITY      IA    51109                    147322952

Report Name: Inpatient Discharge Instructions                Type:   TRX

--------------------------------------------------------------------

I have read and understand the above instructions:

X_____

Signature of patient/significant other/parent/guardian

SLT0141

## History & Physical Report #1

**Troy D. Kunkel**
1/25/2008 3:49 PM
Location: INDIAN HILLS CLINIC
Patient ID: 410990
DOB: ███ 1983
Single / Language: Undefined / Ethnicity: Undefined
Male

KUNKEL, Troy D.
ATTEND PETERSON, PAUL
ADM 25Apr2008  DOB  ███ 1983 25
ACCT 147322952  MR 17330138

**History of Present Illness** (Carol L Miller, RN; 4/25/2008 3:58 PM)

The patient is a 25 year old male who presents with a complaint of headache . headache notes: Pt comes in with c/o headache and states his new daughter has Meningitis. Pt states he has a fever of 103.1 last night and fever has been up, nausea and vomiting on aff for the last 3 days. and down for the last 3 days, states he had a severe headache,body aches, neck pain with severe sharp stabbing pain on left side of neck and jaw. Pt c/o severe night sweats and BGMs bouncing upand down rapidly. Pt also c/o severe thirst.

**Allergies** (Paul D Peterson, DO; 4/25/2008 4:32 PM)

No Known Drug Allergies

**Past Medical History** (Paul D Peterson, DO; 4/25/2008 4:32 PM)

Hospitalizations - Dates/Reasons. 04/03/2008 SLRMC-Diabetic ketoacidosis, severe dehydration, bronchitis, recent thyroid ablation for Graves disease with hyperthyroidism, chronic tobacco abuse disorder, substance abuse with marijuana--DISCH 4/4/08.
Hospitalizations - Dates/Reasons. 03/18/2008 SLRMC-Gastroenteritis; dehydration, hyperglycemia; known diabetes, hyperthyroidism-DISCH 3/19/08.
St. Luke's Admit. 12/04/2007 See D/C report 12-6-2007; 1. Diabetic ketoacidosis. 2. Thyrotoxicosis. 3. New onset diabetes mellitus type II 4. hyponatremia. 5. Dehydration 6. Abdominal 7. Electrolyte imbalance.
Fractured left Tib/Fib and was followed by Dr. Stokesbury.. 2007 This did not require surgery.
Hospital Admit. 07/2006 MVA; fractured right clavicle and concerned about concussion so was there overnight.
Splenectomy. At age 8; patient had removed for spherocytosis and also a bit of the pancreas. per Dr. Morris. This was for Spherocytosis.
HEREDITARY SPHEROCYTOSIS (282.0)
DIABETES MELLITUS TYPE II (250.00)
HYPOSMOLALITY AND/OR HYPONATREMIA (276.1)
VOLUME DEPLETION DISORDER; DEHYDRATION (276.51)
ABDOMINAL PAIN (789.00)
DIABETES MELLITUS WITH KETOACIDOSIS; TYPE II OR UNSPECIFIED TYPE, UNCONTROLLED (250.12)
HYPERTHYROIDISM w/ h/o Thyrotoxicosis. s/p Ablation on 3/31/08 SLRMC

**Family History** (Paul D Peterson, DO; 4/25/2008 4:32 PM)

Hereditary Spherocytosis. Paternal history
Diabetes Mellitus. Brother, Paternal Uncle, Paternal Aunt, Maternal Family Members

**Social History** (Paul D Peterson, DO; 4/25/2008 4:32 PM)

Marital Status. Single
Career/Job. Glass Palace
Non Drinker/No Alcohol Use
Pt wears contacts/glasses
Siblings. Pt has 1 brother and 2 sisters.
Tobacco Use. Smokes 1 pack of cigarettes per day x 11 years, Recently quit tobacco use 3/2008

**Medication History** (Carol L Miller, RN; 4/25/2008 3:58 PM)

Xanax (0.5MG Tablet 1 Oral every 6 hrs prn, Taken starting 04/04/2008) Ordered - Hx Entry.
Propylthiouracil (50MG Tablet 3 (three) Oral four times daily, Taken 04/02/2008 to 04/25/2008) Inactive - Hx Entry. (pt called with results of thyroid scan and instructed needs to take above dose for 2 weeks and to call for refill to determine any changes. Pt also instructed to have labs drawn in 6 wks. Called into Walg/DT...)
predniSONE (20MG Tablet 2 Oral daily, Taken 04/01/2008 to 04/25/2008) Inactive - Hx Entry.
Lantus (100UNIT/ML Solution 65 units Subcutaneous daily) Active - Hx Entry.
NovoLog (100UNIT/ML Solution 10 units Subcutaneous before every meal) Active - Hx Entry.

**Review of Systems** (Paul D Peterson, DO; 4/25/2008 4:33 PM)

**General:** *Present-* Fatigue and Fever. *Not Present-* Night Sweats.
**Skin:** *Not Present-* Hair Loss, Itching, New Lesions and Rash.
**HEENT:** *Not Present-* bothered by bright light (photophobia), eye discharge, Visual Disturbances, Decreased Hearing, Ear Pain, Nose Bleed, Frequent Colds, Nasal Congestion, Bleeding Gums, Voice Changes and Hoarseness.
**Neck:** *Not Present-* Neck Pain and Swollen Glands.
**Respiratory:** *Not Present-* Cough, Snoring, Difficulty Breathing, coughing up blood, Sputum Production and Wheezing.
**Cardiovascular:** *Not Present-* Difficulty Breathing On Exertion, Difficulty Breathing Lying Down, Elevated Blood Pressure, Irregular Heart Beat, Palpitations, Rapid Heart Rate and Swelling of Extremities.
**Gastrointestinal:** *Not Present-* Abdominal Pain, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Heartburn, Indigestion, Nausea, Rectal Bleeding and Vomiting.
**Male Genitourinary:** *Present-* Frequency, Nocturia and Polyuria. *Not Present-* Blood in Urine, Change in Urinary Stream, Discharge, Hesitancy, Impotence, Incontinence, Painful Urination, genital sores, Testicular Mass, Urethral Discharge, Urgency and Urinating at Night.
**Musculoskeletal:** *Present-* Muscle Weakness. *Not Present-* Joint Stiffness, Joint Swelling and Muscle Pain.
**Neurological:** *Not Present-* Seizures, Tremor and Weakness.
**Endocrine:** *Present-* Excessive Thirst and Thyroid Problems (*recent Thyroid Ablation*). *Not Present-* Cold Intolerance, Excessive Urination, Heat Intolerance and Sexual Dysfunction.
**Hematology:** *Not Present-* Abnormal Bleeding, Anemia, Easy Bruising and Enlarged Lymph Nodes.

SLT0142

Case 5:11-cv-04017-MWB-CJW   Document 183-122   Filed 03/04/14   Page 6 of 25

1005B-006

Vitals (Carol L Miller, RN; 4/25/2008 3:49 PM)
4/25/2008 3:49 PM
**Temp.:** 98.3° F (Oral) **Pulse:** 84 (Regular)
**BP:** 106/80     Manual (Sitting, Left Arm, Standard)

KUNKEL, Troy  D.
ATTEND PETERSON, PAUL
ADM 25Apr2008   DOB ███ 1983
ACCT 147322952     MR  17330138

Physical Exam (Paul D Peterson, DO; 4/25/2008 4:09 PM)
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Cooperative and Sickly. Not in acute distress. **Build & Nutrition** - Well nourished and Well
developed. **Hydration** - Well hydrated.

**Integumentary**
**General Characteristics: Skin Moisture** - skin is clammy and skin is excessively moist. **Temperature** - Increased warmth is noted.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - supple, no palpable mass on the right and no palpable mass on the left.
**Trachea** - midline.

**ENMT**
**Ears**
**External Auditory Canal - Left** - no cerumen impaction noted. **Right** - no cerumen impaction noted.
**Otoscopic Exam: Tympanic Membrane - Left** - tympanic membrane is gray in appearance, no bulging noted, no inflammation observed and
no retraction of TM observed. **Right** - tympanic membrane is gray in appearance, no bulging noted, no inflammation observed and no retraction
of TM observed.
**Nose and Sinuses**
Inspection of the nares - **Left** - Patent. **Right** - Patent. **Nasal Mucosa - Bilateral** - no congestion observed.
**Mouth and Throat**
**Oral Cavity/Oropharynx: Teeth** - Normal. **Oral Mucosa** - lesion(s) not present and no dryness noted. **Oropharynx** - Normal.

**Chest and Lung Exam**
**Inspection:**
**Chest Wall:** - Normal.
**Shape** - Normal and Symmetric. **Movements** - Symmetrical. **Accessory muscles** - No use of accessory muscles in breathing.
**Palpation:** Palpation of the chest reveals - Non-tender.
**Auscultation:**
**Breath sounds: Bronchial** - Both Lung Fields.
**Adventitious Sounds** - Inspiratory wheeze - Right Lung Field.

**Cardiovascular**
**Palpation/Percussion:** Examination by palpation and percussion reveals - No Thrills.
**Point of Maximal Impulse:** - Normal.
**Auscultation: Heart Sounds** - S1 WNL and S2 WNL. No S3.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

Assessment & Plan (Paul D Peterson, DO; 4/25/2008 4:35 PM)
**FEVER (780.6)**
Bacterial Meningitis Exposure
***Plans:***
CBC, PLATELETS & AUT DIFF (85025) - Routine
Patient admitted to hospital-see admit orders.

**DIABETES MELLITUS TYPE II (250.00)**
***Plans:***
GLUCOSE (82947) - room 20 - Routine
**COUGH (786.2)**
**HEREDITARY SPHEROCYTOSIS (282.0)**
prior Splenectomy
**DIABETES MELLITUS WITH KETOACIDOSIS; TYPE II OR UNSPECIFIED TYPE, UNCONTROLLED (250.12)**
**DEHYDRATION (276.50)**
**HYPERTHYROIDISM w/ h/o Thyrotoxicosis**
s/p Ablation on 3/31/08 SLRMC

Paul D Peterson, DO

04/25/2008 04:37 pm                    Troy D. Kunkel DOB ███ 1983                    Page 4/5

SLT0143

MR Number:    17330138          Acct. Number:   00147322952
Pt. Name:     KUNKEL, TROY D    Admit Date:     04/25/2008
Pt.           X5A2  X519         Service Date:   04/26/2008
Location:
Doc#                2132685
Dictated by: BERTHA S AY1, MD

cc:  BERTHA S AY1, MD

The patient is a pleasant 25-year-old gentleman who was admitted
to the hospital with a history of fevers of 103, bodyaches, neck
pain with sharp stabbing pain on the left side of his neck with
severe night sweats and irregular blood glucose levels.

His past medical problems include insulin-dependent diabetes,
recent history of Graves disease with radioablation of a goiter.
He was admitted for further evaluation. One of his set of twin
daughters has proven bacterial meningitis.

On follow-up today, his influenza screen was negative.

He still has quite a bad headache. He is sounding very nasal in
his speech. He does not look that well. His pupils are
reactive. He has no oral lesions. However, his lung exam shows
pretty coarse rhonchi and wheezes bilaterally. He also coughed
on several times while I was examining him. His temperature
today is 96.5, pulse of 104, respiratory rate 20, blood pressure
140/77. His urine output has been good. Extremities do not
reveal any edema. Skin is otherwise clear on psychiatric exam.
Affect is a little blunt.

DATA REVIEW:
Shows negative influenza screen.

The patient also reports he has had a chest x-ray done which may
not have been reported on.

His other data show a free thyroxine level of 3.3, white cell
count 9.3 and a normal urinalysis.

ASSESSMENT AND PLAN:
A 25-year-old gentleman with a lot of medical problems for
someone his age.

1. I think he has a respiratory infection going on. This is
based on the following criteria - he has been coughing. He does
not feel well. He had a fever and today his lung exam showed
frank bilateral wheezing and rhonchi. His air entry is very
poor. I would recommend the following - I would recommend DuoNeb
treatments every 4 hours by respiratory therapy. He reports he
does not have a history of asthma. I would also put him on IV
Rocephin 2 grams every 24 hours. I am also going to repeat a
chest x-ray because his first chest x-ray was a portable which
may have been subject to the fact that he was dehydrated. Now
that he has been hydrated some more, I think it is necessary.
 %%PAGE 147322952

SLT0150

1005B-008

2. Ongoing headaches likely related to his upper and lower respiratory tract infection. His influenza screen was negative. I will obtain a sputum culture as well.
3. Possibility of meningitis. He continues to have a headache but judging by the ongoing respiratory signs and symptoms, I think this is likely to be pneumonia more than meningitis. If his headache persists, we may do a lumbar puncture.
4. Diabetes mellitus type II.
5. Hyperthyroidism with history of thyrotoxicosis status post ablation on 3/31/08. Now he is hypothyroid judging by his TSH.

I think we should keep him here today. Still does not look good.

Thank you so much for allowing me to be involved in his care. It is a pleasure to do so and I will continue to follow him with you.

eScription document:9-7457715 Confirmation:264838 MMB

BSA/mmb
D: 04/26/2008  7:42 A
T: 04/26/2008 10:35 A
Doc#: 2132685

PROGRESS NOTE
Authenticated by BERTHA S AYI, MD On 10/09/08 3:18:51 PM

SLT0151

1005B-009



**ST. LUKE'S REGIONAL MEDICAL CENTER**
IOWA HEALTH SYSTEM

| DATE 4/25/09 | TIME 1630 | **EACH ENTRY MUST BE SIGNED** | IMPRINTER |

Admit to:

☒ **Inpatient Care:** (requiring inpatient services and stays longer than 24 hours)

Area: _S MED - LOCATION_

☐ **Observation:** (determine need for inpatient care, repeat exams, short term treatment or clarify the course of an illness)

Area:

☐ **Extended Ambulatory:** (requiring longer than traditional ambulatory service recovery period or late or weekend surgical cases)

Area:

KUNKEL, Troy D.
ATTEND PETERSON, PAUL
ADM 25Apr2008   DOB       1983
ACCT 147322952    MR 17330138

Troy Kunkel

**Physician's Signature**

_Respitory + Contact Isolation_
_Routine Vitals_

| DATE | TIME | **EACH ENTRY MUST BE SIGNED** | IMPRINTER |

_Diabetic 1800 cal diet_
_Yate Insulin Protocol_
_Infection Disease Consult - notify_
_CBC, Lactic Acid, CRP - SED Rate_
_Blood Culture x2_
_Serum Ketones, MRSA, TSH, Free T₃, Free T₄_
_IV NS at 200 c/hr_
_Ativan 1 mg p.o. q 4-6' prn anxol_
_Dilodon patch 21 mg/m apply q24°_
_Page Dr. Langley with Room # when pt. arrives_
_Tylenol 500, -T po q 4-6' prn_
_Portable CXR upon arrival_

| DATE | TIME | **EACH ENTRY MUST BE SIGNED** | IMPRINTER |

_Activity: up as tol. - _____ RN_

SCANNED

INITIAL

DATE / TIME:

X519-P    KUNKEL, Troy D                          MR#: 17330138      ACCT: 147322952  I
          AGE:  25Y DOB:        1983    GENDER: M
          Admitting: PETERSON, PAUL D              CC: possible meningitis
          Attending: Unknown                       REASON FOR ADM: possible meningitis

                                        ALLERGY/INTOLERANCES

Medication Allergies                    Reaction
     MEDS-NKA

Intolerances
   Food Intolerances
      No Known Food Allergies
   Contrast Media Intolerances
      No Known Contrast Media Intolerance
   Other Intolerances
      latex

---

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE | |
|---|---|---|---|---|
| FORM: ADULT INITIAL HX | Date: 25Apr2008 | Time: 17:30 | | |
| GENERAL ADMISSION DATA-AD | | | | |
| ADMISSION DATA-AD | | | | |
|   Orient to room/unit | Patient | Fulton, Pamela K | RN | 25Apr2008 17:33 |
|   Pt Bill of Rights/Responsibilities given | Patient | Fulton, Pamela K | RN | 25Apr2008 17:33 |
|   Pain brochure given | Patient | Fulton, Pamela K | RN | 25Apr2008 17:33 |
|   Reason for admission | weakness | Fulton, Pamela K | RN | 25Apr2008 19:11 |
|   Admitted from | Dr office | Fulton, Pamela K | RN | 25Apr2008 17:33 |
|   Mode of arrival | Wheelchair | Fulton, Pamela K | RN | 25Apr2008 17:33 |
|   Info obtained from | Patient | Fulton, Pamela K | RN | 25Apr2008 17:33 |
| ADVANCE DIRECTIVES | | | | |
|   Advance directive info provided by | Patient | Fulton, Pamela K | RN | 25Apr2008 17:33 |
|     Patient states | "Whatever it takes to revive Me" | | | |
| VALUABLES/DISPOSITION | | | | |
|   Glasses/Contacts | With fam | Fulton, Pamela K | RN | 25Apr2008 17:33 |
| IMMUNIZATION/VACCINE HX | | | | |
| IMMUNIZATIONS HX | | | | |
|   Date of last Pneumococcal vaccine (yr) | 2007 | Fulton, Pamela K | RN | 25Apr2008 17:34 |
|   Reason not to give Pneumococcal vaccine | Current | Fulton, Pamela K | RN | 25Apr2008 17:34 |
|   Pneumococcal vaccine decision | Current | Fulton, Pamela K | RN | 25Apr2008 17:34 |
|   Date of last Influenza vaccine (mo/yr) | 2007 | Fulton, Pamela K | RN | 25Apr2008 17:34 |
|   Reason not to give Influenza vaccine | current | Fulton, Pamela K | RN | 25Apr2008 17:34 |
|   Influenza vaccine decision | Current | Fulton, Pamela K | RN | 25Apr2008 17:34 |
| IIM/VASC ACCESS/SURG/TRANS HX | | | | |
| HOME MEDS-AD | | | | |
|   Home medications | Yes | Fulton, Pamela K | RN | 25Apr2008 17:37 |

                                        CURRENT MEDICATIONS LIST
                This is to be a list of all meds the patient has been
                taking: Prescription,Over the Counter,Vitamins,Herbs,etc

                MEDICATION (include dose, frequency and last dose)

                Xanax 0.5mg every 6 hrs. 4/25/08

SLT0166

1005B-011

X519-D   KUNKEL, Troy D                    MR#: 17330138    ACCT: 14732295Z  I
         AGE: 25Y DOB: _____ 1983  GENDER: M
         Admitting: PETERSON, PAUL D         CC: possible meningitis
         Attending: Unknown                  REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE | |
|---|---|---|---|---|

**HOME MEDS-AD**

                              Novolog Regular 10 units before meals. 4/25/08
                              Propranolol 20mg twice daily.  4/25/08
                              Lantus insulin 65 units in morning. 4/25/08

| Hm med info prov by | Patient | Fulton, Pamela K | RN | 25Apr2008 17:37 |
| Home pharmacy | greenville | Fulton, Pamela K | RN | 25Apr2008 17:37 |
| Home meds disposition | Not w/pt | Fulton, Pamela K | RN | 25Apr2008 17:37 |

**SURGICAL/PROCEDURAL HX**

| Surgical / Procedural history | Yes | Fulton, Pamela K | RN | 25Apr2008 17:37 |

                              PAST SURGERIES/PROCEDURES

                              Surgery/Procedure          Date
                              splenectomy 9yrs old

**TRANSFUSION HX**

| Previous transfusions | No | Fulton, Pamela K | RN | 25Apr2008 17:37 |

**MED HX-RESPIRATORY/CV/GI**

**RESP HX**

| Asthma | Y | Fulton, Pamela K | RN | 25Apr2008 17:37 |
| Respiratory Hx-other | see note | Fulton, Pamela K | RN | 25Apr2008 17:37 |

                              pt states he does have trouble breathing but denies use of
                              inhalers etc. States mainly short of breath in AM & coughs
                              up large amounts of sputum.

**CARDIOVASC HX**

| Hypertension | Y | Fulton, Pamela K | RN | 25Apr2008 17:37 |
| Arrhythmias (list) | Y | Fulton, Pamela K | RN | 25Apr2008 17:37 |

                              pt states can detect his heart fluctuating in speed.
                              States he has to sit down sometimes as his heart is
                              beating so fast.

**GASTROINTESTINAL HX**

| Ulcers | Y | Fulton, Pamela K | RN | 25Apr2008 17:37 |
| Gastrointestinal Hx other | see note | Fulton, Pamela K | RN | 25Apr2008 17:37 |

                              pt states it has been a long time since he has passed a
                              regular formed stool. Currently he is passing runny or
                              soft stool.

**MED HX-GU/REPR/NEURO/MS/ENT**

**NEUROLOGICAL HX**

| Headaches | Migraine | Fulton, Pamela K | RN | 25Apr2008 17:37 |

**EENT HX**

| Loose teeth | Y | Fulton, Pamela K | RN | 25Apr2008 17:37 |
| EENT Hx-other | see note | Fulton, Pamela K | RN | 25Apr2008 17:37 |

                              poor dental care

**MED HX-PSYCHOSOCIAL/MISC**
**MISCELLANEOUS MEDICAL HX**

SLT0167

1005B-012

1005B-013

STL0168

X519-D    KINKEL, Troy D    ***1983    CENTER: M    MR#: 1/330138
AGE: 25Y DOB: ▓▓▓▓
Admitting: PETERSON, PAUL D
Attending: Unknown    Physician

CC: possible meningitis
REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE | |
|---|---|---|---|---|
| **MISCELLANEOUS MEDICAL HX** | | | | |
| Diabetes | Insulin | Fulton, Pamela X | RN | 25Apr2008 17:37 |
| Thyroid disorder | Y | Fulton, Pamela X | RN | 25Apr2008 17:37 |
| **MEDICAL HISTORY.** | | | | |
| Personal physician | graves disease | Peterson Fulton, Pamela X | RN | 25Apr2008 17:37 |
| **SUBSTANCE USAGE** | | | | |
| **TOBACCO USAGE** | | | | |
| Tobacco use/exposure history | W/1 12 mo sunday 12-2-7 cigarettes | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Tobacco type used | states quit last | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Tobacco amount/day | 1pk /day | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| # years tobacco used | 13 | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Verbal advice to quit tobacco given | Yes | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Quit tobacco into given | Stay Quit | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| doesn't want into to quit tobacco | Y | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| would like more info to quit tobacco | Y | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **CAFFEINE USAGE** | | | | |
| Caffeine intake/day | Min amt | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **ALCOHOL/OTHER SUBSTANCES** | | | | |
| Alcohol type | none quit 6-7 years | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Street drug use | Y | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **LEARNING NEEDS ASMT** | Not since a teenager. | | | |
| **PT-CAREGIVER LEARNING NEEDS** | | | | |
| Receptive to learning | Yes | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Patient preferred learning style | Reading | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Patient-How happy are you w/your reading | Read well | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **LEARNING BARRIERS** | | | | |
| No learning barriers identified | Y | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **SOCIAL FACTORS/DC PLANNING** | | | | |
| **ABUSE SCREENING** | | | | |
| Been hurt or made to feel afraid | No | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Feel exploited/taken advantage of | No | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Feel neglected | No | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Feel threatened | No | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **CULTURAL-SPIRITUAL** | | | | |
| Spiritual concerns | None | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Cultural tradition needs during stay | None | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **DISCHARGE PLANNING** | | | | |
| Residence before hospitalization | Home w/fam | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| Discharge plan A | Lim wo help | Fulton, Pamela X | RN | 25Apr2008 17:38 |
| **CONTACT INFORMATION** | | | | |

1005B-014

SLT0169

X519-F   KINKEL, Troy D                                    NR#: 17330138
         AGE: 25Y DOB: ████ 1983   GENDER: M
         ADMITTING: PETERSON, PAUL D                       CC: possible meningitis
         Attending: Unknown                                REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|

CONTACT   INFORMATION
    1st Contact Person                                              Fulton, Pamela K   RN      25Apr2008 17:38

HOME MEDICAL EQUIP
    Other medical supplies/equipment      712-277 2400 home   none   Fulton, Pamela K   RN   25Apr2008 17:38
SCREENING CATEGORIES BY
LATEX SCREEN BY
    No latex allergy                                       Y               Fulton, Pamela K   RN   25Apr2008 17:38

FORM:  SCREENING CATEGORIES - A             Date: 25Apr2008        Time: 20:00

FALL RISK/SAFETY ASSESSMENT
FALL RISK/SAFETY
    History of falling                        O          Ebert, Jackie M   25Apr2008 21:00
    Secondary diagnosis                       O          Ebert, Jackie M   25Apr2008 21:00
    Ambulatory aid                            O          Ebert, Jackie M   25Apr2008 21:00
    IV therapy/saline lock                    20         Ebert, Jackie M   25Apr2008 21:00
    Gait                                      O          Ebert, Jackie M   25Apr2008 21:00
    Mental status                             O          Ebert, Jackie M   25Apr2008 21:00
    MORSE FALL SCALE SCORE                    20         Ebert, Jackie M   25Apr2008 21:00
MODS INC FALL RISK
    None identified                           Y          Ebert, Jackie M   25Apr2008 21:00
RISK/INTVNT, INTRVNN
    Risk for falls                 Low risk             Ebert, Jackie M   25Apr2008 21:00
    Universal interventions          Y                  Ebert, Jackie M   25Apr2008 21:00
    Teach inc risk to fall-univ surrounding  Y          Ebert, Jackie M   25Apr2008 21:00
INDIVIDUALIZED INTV
    Alarm in place                            Bed       Ebert, Jackie M   25Apr2008 21:00
    Individualized intervention other    call light     Ebert, Jackie M   25Apr2008 21:00
BRADEN ASSMT
BRADEN SCALE
    Sensory perception                        4          Ebert, Jackie M   25Apr2008 21:01
    Skin moisture                             3          Ebert, Jackie M   25Apr2008 21:01
    Activity level                            4          Ebert, Jackie M   25Apr2008 21:01
    Mobility                                  4          Ebert, Jackie M   25Apr2008 21:01
    Nutrition status                          1          Ebert, Jackie M   25Apr2008 21:01
    Friction and shear                        3          Ebert, Jackie M   25Apr2008 21:01
    BRADEN SCALE TOTAL                        19         Ebert, Jackie M   25Apr2008 21:01
PREVENTIVE SKIN CARE
    Diabetes                              Insulin        Ebert, Jackie M   25Apr2008 21:01

FORM:  SCREENING CATEGORIES - A             Date: 25Apr2008        Time: 17:41

FALL RISK/SAFETY ASSESSMENT
FALL RISK/SAFETY

1005B-015

Report ID: Adult Initial History
Facility: SC

X519-P    KINZEL, Troy D    29Apr2008 08:57    UNIT: X5A2    MR#: 17340130    ACCT: 147322952    I    Program: F1M0035R    Page 5
          AGE: 25Y DOB: ▮▮▮ 1983    GENDER: M
          Admitting: PETERSON, PAUL D    CC: possible meningitis
          Attending: Unknown    REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE | |
|---|---|---|---|---|
| FALL RISK/SAFETY | | | | |
| History of falling | 0 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Secondary diagnosis | 0 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Ambulatory aid | 0 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| IV therapy/saline lock | 20 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Gait | 0 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Mental status | 0 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| MORSE FALL SCALE SCORE | 20 | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| MEDS INC FALL RISK | | | | |
| Antihypertensives | X | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| None identified | X | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| RISK/UNITPRS INTERVN | | | | |
| Risk for falls | Low risk | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Universal Intervention | X | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Teach inc risk to fall-unitun surrounding | X | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| INDIVIDUALIZED INTV | | | | |
| Alarm in place | Bed | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| Individualized intervention other | See note | Fulton, Pamela K | RN | 25Apr2008 17:42 |
| patient is encouraged to use the call light for assistance. | | | | |
| BRADEN ASSMT | | | | |
| BRADEN SCALE | | | | |
| Sensory perception | 4 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| Skin moisture | 3 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| Activity level | 4 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| Mobility | 4 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| Nutrition status | 1 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| Friction and Shear | 3 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| BRADEN SCALE TOTAL | 19 | Fulton, Pamela K | RN | 25Apr2008 17:43 |
| NUTRITION SCREENING-A | | | | |
| NUTRITION VS | | | | |
| Height (cm) | 175.26 | Fulton, Pamela K | RN | 25Apr2008 17:44 |
| Weight (kg) | 63.69 | Fulton, Pamela K | RN | 25Apr2008 17:44 |
| BMI Body Mass Index | 20.70 | Fulton, Pamela K | RN | 25Apr2008 17:44 |

*** End of data ***

X519-F   KUNKEL, Troy D                    MR#: 17330138    ACCT: 147322952
         AGE:  25Y DOB:      1983   GENDER: M
         Admitting: Unknown                    CC:
         Attending: Unknown                    REASON FOR ADM:

---

                              ALLERGY/INTOLERANCES

Medication Allergies              Reaction
   MEDS-NKA

Intolerances
   Food Intolerances
      No Known Food Allergies
   Contrast Media Intolerances
      No Known Contrast Media Intoleranc
   Other Intolerances
      latex

---

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|

---

**FORM: DISCHARGE_FLOWSHEET**          Date: 26Apr2008    Time: 12:49

DISCHARGE CHECKLIST
APPOINTMENT/REFERRAL
| Follow-up appts made/orders provided | Y | Pipe on head, Genevieve J | LPN |
| MEDICATION/OTH INFO | | | |
| Med reconciliation w/pre-hospital meds | Y | Pipe on head, Genevieve J | LPN |
| Hazardous medication info given | Y | Pipe on head, Genevieve J | LPN |
| Verbal advice to quit tobacco given | Yes | Pipe on head, Genevieve J | LPN |
| IMMUNIZATION/VACCINE | | | |
| Date of last Pneumococcal vaccine (yr) | 2007 | Pipe on head, Genevieve J | LPN |
| Pneumococcal vaccine decision | Current | Pipe on head, Genevieve J | LPN |
| Date of last Influenza vaccine (mo/yr) | 2007 | Pipe on head, Genevieve J | LPN |
| Influenza vaccine decision | Current | Pipe on head, Genevieve J | LPN |
| BELONGINGS-TX/DC | | | |
| Glasses/Contacts | With fam | Pipe on head, Genevieve J | LPN |
| DISCHARGE  SUMMARY | | | |
| Discharge instructions given | Y | Pipe on head, Genevieve J | LPN |
| Verbalizes understanding | Patient | Pipe on head, Genevieve J | LPN |
| Pt condition at discharge | stable | Pipe on head, Genevieve J | LPN |
| Disch'd with home medication list | Y | Pipe on head, Genevieve J | LPN |
| Prescriptions called/faxed to pharmacy | Called | Pipe on head, Genevieve J | LPN |
| Discharged to | Home w/fam | Pipe on head, Genevieve J | LPN |
| Discharge mode | Ambulatory | Pipe on head, Genevieve J | LPN |

---

**FORM: ADULT ASSESSMENT FF**          Date: 26Apr2008    Time: 08:00

ADULT ASSESSMENT WNL
| Neurological assessment | WNL | Pipe on head, Genevieve J | LPN |
| Psychosocial assessment | WNL | Pipe on head, Genevieve J | LPN |
| EENT assessment | WNL | Pipe on head, Genevieve J | LPN |
| Cardiovascular assessment | WNL Except | Pipe on head, Genevieve J | LPN |

SLT0171

1005B-016

Case 5:11-cv-04017-MWB-CJW   Document 183-122   Filed 03/04/14   Page 16 of 25

X519-P    KUNKEL, Troy D
          AGE:  25Y DOB:     1983    GENDER: M         MR#: 17330138      ACCT: 147322952  I
          Admitting: PETERSON, PAUL D               CC: possible meningitis
          Attending: Unknown                        REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| **ADULT ASSESSMENT WNL** | | | |
| Respiratory assessment | WNL Except | Pipe on head, Genevieve J | LPN |
| Gastrointestinal assessment | WNL | Pipe on head, Genevieve J | LPN |
| Genitourinary assessment | WNL | Pipe on head, Genevieve J | LPN |
| Integumentary assessment | WNL | Pipe on head, Genevieve J | LPN |
| Musculoskeletal assessment | WNL | Pipe on head, Genevieve J | LPN |

| FORM: ADULT ASSESSMENT FLOWSHEET | Date: 26Apr2008 | Time: 08:00 | |
|---|---|---|---|
| **CARDIOVASCULAR-ASMT** | | | |
| **CARDIOVAS ASMT** | | | |
| Heart sounds | Distant | Pipe on head, Genevieve J | LPN |
| **DVT ASSESSMENT** | | | |
| Homan's sign | Negative | Pipe on head, Genevieve J | LPN |
| **RESPIRATORY-ASMT** | | | |
| **RESPIRATORY  ASMT** | | | |
| Coarse | Throughout | Pipe on head, Genevieve J | LPN |
| Expiratory wheezes | Throughout | Pipe on head, Genevieve J | LPN |
| Inspiratory wheezes | Throughout | Pipe on head, Genevieve J | LPN |
| | Scattered | | |
| Cough | Productive | Pipe on head, Genevieve J | LPN |
| Respiratory-other | No note | Pipe on head, Genevieve J | LPN |
| **PULMONARY  HYGIENE** | | | |
| Cough and deep-breathe effort | Good | Pipe on head, Genevieve J | LPN |
| **INTEGUMENTARY ASSESSMENT** | | | |
| **BRADEN SCALE** | | | |
| Sensory perception | 4 | Pipe on head, Genevieve J | LPN |
| Skin moisture | 4 | Pipe on head, Genevieve J | LPN |
| Activity level | 4 | Pipe on head, Genevieve J | LPN |
| Mobility | 4 | Pipe on head, Genevieve J | LPN |
| Nutrition status | 3 | Pipe on head, Genevieve J | LPN |
| Friction and shear | 3 | Pipe on head, Genevieve J | LPN |
| BRADEN SCALE TOTAL- | 22 | Pipe on head, Genevieve J | LPN |
| **PREVENTIVE SKIN CARE** | | | |
| Diabetes | Insulin | Pipe on head, Genevieve J | LPN |
| **FALL RISK/SAFETY ASSESSMENT** | | | |
| **FALL RISK/SAFETY** | | | |
| History of falling | 0 | Pipe on head, Genevieve J | LPN |
| Secondary diagnosis | 0 | Pipe on head, Genevieve J | LPN |
| Ambulatory aid | 0 | Pipe on head, Genevieve J | LPN |
| IV therapy/saline lock | 20 | Pipe on head, Genevieve J | LPN |
| Gait | 0 | Pipe on head, Genevieve J | LPN |
| Mental status | 0 | Pipe on head, Genevieve J | LPN |
| MORSE FALL SCALE SCORE | 20 | Pipe on head, Genevieve J | LPN |

Case 5:11-cv-04017-MWB-CJW   Document 183-122   Filed 03/04/14   Page 17 of 25

X519-P   KUNKEL, Troy D                    MR#: 17330138     ACCT: 147322952  I
         AGE:  25Y DOB:        1983    GENDER: M
         Admitting: PETERSON, PAUL D            CC: possible meningitis
         Attending: Unknown                     REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| MEDS INC FALL RISK | | | |
| None identified | Y | Pipe on head, Genevieve J | LPN |
| RISK/UNIVRSL INTERVN | | | |
| Risk for falls | Low risk | Pipe on head, Genevieve J | LPN |
| Universal interventions | Y | Pipe on head, Genevieve J | LPN |
| Teach inc risk to fall unfam surrounding | Y | Pipe on head, Genevieve J | LPN |
| INDIVIDUALIZED INTV | | | |
| Individualized intervention other | call light | Pipe on head, Genevieve J | LPN |

FORM: ADULT ASSESSMENT FF                    Date: 26Apr2008     Time: 04:00

| | | | |
|---|---|---|---|
| ADULT ASSESSMENT WNL | | | |
| Neurological assessment | WNL | Ebert, Jackie M | |
| Psychosocial assessment | WNL | Ebert, Jackie M | |
| EENT assessment | WNL | Ebert, Jackie M | |
| Cardiovascular assessment | WNL | Ebert, Jackie M | |
| Respiratory assessment | WNL Except | Ebert, Jackie M | |
| Gastrointestinal assessment | WNL | Ebert, Jackie M | |
| Genitourinary assessment | WNL | Ebert, Jackie M | |
| Integumentary assessment | WNL | Ebert, Jackie M | |
| Musculoskeletal  assessment | WNL | Ebert, Jackie M | |
| NURSES NOTES | | | |
| Nursing note | Note | Shilling, Rana J     RN | |
| | Co-signed student assessment, Rana Shilling RN | | |

FORM: RESPIRATORY FS                    Date: 26Apr2008     Time: 04:00

| | | | |
|---|---|---|---|
| RESPIRATORY-ASMT | | | |
| RESPIRATORY  ASMT | | | |
| Coarse | Throughout | Ebert, Jackie M | |
| Expiratory wheezes | Throughout | Ebert, Jackie M | |
| Inspiratory wheezes | Throughout | Ebert, Jackie M | |
| | Scattered | | |
| Cough | Productive | Ebert, Jackie M | |
| Respiratory-other | See note | Ebert, Jackie M | |
| | Nasal swab for influenza obtained and sent to lab. | | |
| OXYGENATION | | | |
| Oxygen device | None | Ebert, Jackie M | |
| PULMONARY  HYGIENE | | | |
| Cough and deep breathe effort | Good | Ebert, Jackie M | |

X519-P   KUNKEL, Troy D                         MR#: 17330138      ACCT: 147322952  I
         AGE:  25Y DOB:        1983   GENDER: M
         Admitting: PETERSON, PAUL D              CC: possible meningitis
         Attending: Unknown                       REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|

**FORM: GU-REPRODUCTIVE FS**          Date: 26Apr2008    Time: 04:00

GU.ASSESSMENT
   Urine color                          yellow              Ebert, Jackie M
   GU -other                            See note            Ebert, Jackie M
   UA obtained and sent to lab.

---

**FORM: ADULT ASSESSMENT FF**         Date: 26Apr2008    Time: 00:01

ADULT ASSESSMENT WNL
   Neurological assessment              WNL                 Shilling, Rana J    RN
   Psychosocial assessment              WNL                 Shilling, Rana J    RN
   EENT assessment                      WNL                 Shilling, Rana J    RN
   Cardiovascular assessment            WNL                 Shilling, Rana J    RN
   Respiratory assessment               WNL Except          Shilling, Rana J    RN
   Gastrointestinal assessment          WNL                 Shilling, Rana J    RN
   Genitourinary assessment             WNL                 Shilling, Rana J    RN
   Integumentary assessment             WNL                 Shilling, Rana J    RN
   Musculoskeletal assessment           WNL                 shilling, Rana J    RN
NURSES NOTES
   Nursing note                         Note                Shilling, Rana J    RN
   Co-signed student assessment, Rana Shilling RN

---

**FORM: RESPIRATORY FS**              Date: 26Apr2008    Time: 00:01

RESPIRATORY-ASMT
RESPIRATORY  ASMT
   Coarse                               Throughout          Ebert, Jackie M
   Expiratory wheezes                   Throughout          Ebert, Jackie M
   Inspiratory wheezes                  Throughout          Ebert, Jackie M
                           Scattered
   Cough                                Productive          Ebert, Jackie M
PULMONARY  HYGIENE
   Cough and deep-breathe effort        Good                Ebert, Jackie M

---

**FORM: ADULT ASSESSMENT FF**         Date: 25Apr2008    Time: 20:00

ADULT ASSESSMENT WNL
   Neurological assessment              WNL                 Shilling, Rana J    RN
   Psychosocial assessment              WNL                 Shilling, Rana J    RN
   EENT assessment                      WNL                 Shilling, Rana J    RN
   Cardiovascular assessment            WNL                 Shilling, Rana J    RN

SLT0174

1005B-019

X519-P   KUNKEL, Troy D                        MR#: 17330138      ACCT: 147322952  I
         AGE: 25Y DOB:        1983    GENDER: M
         Admitting: PETERSON, PAUL D            CC: possible meningitis
         Attending: Unknown                    REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| ADULT ASSESSMENT WNL | | | |
| Respiratory assessment | WNL Except | Shilling, Rana J | RN |
| Gastrointestinal assessment | WNL | Shilling, Rana J | RN |
| Genitourinary assessment | WNL | Shilling, Rana J | RN |
| Integumentary assessment | WNL | Shilling, Rana J | RN |
| Musculoskeletal assessment | WNL | Shilling, Rana J | RN |
| NURSES NOTES | | | |
| Nursing note | Note | Shilling, Rana J | RN |
| | Co-signed student assessment, Rana Shilling RN | | |

---

FORM: RESPIRATORY FS                           Date: 25Apr2008    Time: 20:00

| RESPIRATORY ASMT | | |
|---|---|---|
| RESPIRATORY ASMT | | |
| Coarse | Throughout | Ebert, Jackie M |
| Expiratory wheezes | Throughout | Ebert, Jackie M |
| Inspiratory wheezes | Throughout | Ebert, Jackie M |
| | Scattered | |
| Cough . | Productive | Ebert, Jackie M |
| PULMONARY HYGIENE | | |
| Cough and deep-breathe effort | Good | Ebert, Jackie M |

---

FORM: SCREENING CATEGORIES -A                  Date: 25Apr2008    Time: 20:00

| FALL RISK/SAFETY ASSESSMENT | | |
|---|---|---|
| FALL RISK/SAFETY | | |
| History of falling | 0 | Ebert, Jackie M |
| Secondary diagnosis | 0 | Ebert, Jackie M |
| Ambulatory aid | 0 | Ebert, Jackie M |
| IV therapy/saline lock | 20 | Ebert, Jackie M |
| Gait | 0 | Ebert, Jackie M |
| Mental status | 0 | Ebert, Jackie M |
| MORSE FALL SCALE SCORE | 20 | Ebert, Jackie M |
| MEDS INC FALL RISK | | |
| None identified | Y | Ebert, Jackie M |
| RISK/UNIVRSL INTRRVN | | |
| Risk for falls | Low risk | Ebert, Jackie M |
| Universal interventions | Y | Ebert, Jackie M |
| Teach inc risk to fall-unfam surrounding | Y | Ebert, Jackie M |
| INDIVIDUALIZED INTV | | |
| Alarm in place | Bed | Ebert, Jackie M |
| Individualized intervention other | call light | Ebert, Jackie M |
| BRADEN ASMNT | | |

SLT0175

1005B-020

X519-P    KUNKEL, Troy D                              MR#: 17330138    ACCT: 147322952  I
          AGE: 25Y DOB:       1983    GENDER: M
          Admitting: PETERSON, PAUL D                 CC: possible meningitis
          Attending: Unknown                          REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| **BRADEN SCALE** | | | |
| Sensory perception | 4 | Ebert, Jackie M | |
| Skin moisture | 3 | Ebert, Jackie M | |
| Activity level | 4 | Ebert, Jackie M | |
| Mobility | 4 | Ebert, Jackie M | |
| Nutrition status | 1 | Ebert, Jackie M | |
| Friction and shear | 3 | Ebert, Jackie M | |
| BRADEN SCALE TOTAL= | 19 | Ebert, Jackie M | |
| **PREVENTIVE SKIN CARE** | | | |
| Diabetes | Insulin | Ebert, Jackie M | |

| FORM: ADULT ASSESSMENT FLOWSHEET | Date: 25Apr2008 | Time: 19:05 | |
|---|---|---|---|
| **RESPIRATORY-ASMT** | | | |
| RESPIRATORY  ASMT | | | |
| Coarse | Throughout | Surber, Holli M | RN |
| Expiratory wheezes | Throughout | Surber, Holli M | RN |
| Inspiratory wheezes | Throughout | Surber, Holli M | RN |
| Scattered | | | |
| Cough  . | Productive | Surber, Holli M | RN |
| Sputum color | Grn/yellow | Surber, Holli M | RN |
| Sputum consistency | Thick | Surber, Holli M | RN |
| Sputum amount | Small | Surber, Holli M | RN |
| **OXYGENATION** | | | |
| Oxygen device | None | Surber, Holli M | RN |
| **PULMONARY  HYGIENE** | | | |
| Cough and deep-breathe effort | Good | Surber, Holli M | RN |

| FORM: ADULT ASSESSMENT FF | Date: 25Apr2008 | Time: 19:04 | |
|---|---|---|---|
| **ADULT ASSESSMENT WNL** | | | |
| Neurological assessment | WNL | Surber, Holli M | RN |
| Psychosocial assessment | WNL | Surber, Holli M | RN |
| EENT assessment | WNL | Surber, Holli M | RN |
| Cardiovascular assessment | WNL | Surber, Holli M | RN |
| Respiratory assessment | WNL Except | Surber, Holli M | RN |
| Gastrointestinal assessment | WNL | Surber, Holli M | RN |
| Genitourinary assessment | WNL | Surber, Holli M | RN |
| Integumentary asssessment | WNL | Surber, Holli M | RN |
| Musculoskeletal  assessment | WNL | Surber, Holli M | RN |

Case 5:11-cv-04017-MWB-CJW   Document 183-122   Filed 03/04/14   Page 21 of 25

X519-P   KUNKEL, Troy D                     MR#: 17330138      ACCT: 147322952  I
         AGE:  25Y DOB: [    ] 1983   GENDER: M
         Admitting: PETERSON, PAUL D         CC: possible meningitis
         Attending: Unknown                  REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| FORM: SCREENING CATEGORIES -A | Date: 25Apr2008    Time: 17:41 | | |
| FALL RISK/SAFETY ASSESSMENT | | | |
| FALL RISK/SAFETY | | | |
| History of falling | 0 | Fulton, Pamela K | RN |
| Secondary diagnosis | 0 | Fulton, Pamela K | RN |
| Ambulatory aid | 0 | Fulton, Pamela K | RN |
| IV therapy/saline lock | 20 | Fulton, Pamela K | RN |
| Gait | 0 | Fulton, Pamela K | RN |
| Mental status | 0 | Fulton, Pamela K | RN |
| MORSE FALL SCALE SCORE | 20 | Fulton, Pamela K | RN |
| MEDS INC FALL RISK | | | |
| Antihypertensives | Y | Fulton, Pamela K | RN |
| None identified | Y | Fulton, Pamela K | RN |
| RISK/UNIVRSL INTERVN | | | |
| Risk for falls | Low risk | Fulton, Pamela K | RN |
| Universal interventions | Y | Fulton, Pamela K | RN |
| Teach inc risk to fall unfam surrounding | Y | Fulton, Pamela K | RN |
| INDIVIDUALIZED INTV | | | |
| Alarm in place | Bed | Fulton, Pamela K | RN |
| Individualized intervention other | See note | Fulton, Pamela K | RN |
| | Patient is encouraged to use the call | | |
| | light for assistance. | | |
| BRADEN ASMNT | | | |
| BRADEN SCALE | | | |
| Sensory perception | 4 | Fulton, Pamela K | RN |
| Skin moisture | 3 | Fulton, Pamela K | RN |
| Activity level | 4 | Fulton, Pamela K | RN |
| Mobility | 4 | Fulton, Pamela K | RN |
| Nutrition status | 1 | Fulton, Pamela K | RN |
| Friction and shear | 3 | Fulton, Pamela K | RN |
| BRADEN SCALE TOTAL= | 19 | Fulton, Pamela K | RN |
| NUTRITION SCREENING-A | | | |
| NUTRITION VS | | | |
| Height (cm) | 175.26 | Fulton, Pamela K | RN |
| Weight (kg) | 63.6 | Fulton, Pamela K | RN |
| BMI-Body Mass Index | 20.70 | Fulton, Pamela K | RN |
| FORM: ADULT INITIAL HX | Date: 25Apr2008    Time: 17:30 | | |
| GENERAL ADMISSION DATA-AD | | | |
| ADMISSION DATA AD | | | |
| Orient to room/unit | Patient | Fulton, Pamela K | RN |
| Pt Bill of Rights/Responsibilities given | Patient | Fulton, Pamela K | RN |

SLT0177

1005B-022

Case 5:11-cv-04017-MWB-CJW   Document 183-122   Filed 03/04/14   Page 22 of 25

X519-F   KUNKEL, Troy D                          MR#: 17330138    ACCT: 147322952  I
         AGE: 25Y DOB:      1983    GENDER: M
         Admitting: PETERSON, PAUL D              CC: possible meningitis
         Attending: Unknown                      REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
| --- | --- | --- | --- |
| **ADMISSION DATA-AD** | | | |
| Pain brochure given | Patient | Fulton, Pamela K | RN |
| Reason for admission | weakness | Fulton, Pamela K | RN |
| Admitted from | Dr office | Fulton, Pamela K | RN |
| Mode of arrival | wheelchair | Fulton, Pamela K | RN |
| Info obtained from | Patient | Fulton, Pamela K | RN |
| **ADVANCE DIRECTIVES** | | | |
| Advance directive info provided by | Patient | Fulton, Pamela K | RN |
| Patient states | "Whatever it takes to revive Me" | | |
| **VALUABLES/DISPOSITION** | | | |
| Glasses/Contacts | With fam | Fulton, Pamela K | RN |
| **IMMUNIZATION/VACCINE HX** | | | |
| IMMUNIZATIONS HX | | | |
| Date of last Pneumococcal vaccine (yr) | 2007 | Fulton, Pamela K | RN |
| Reason not to give Pneumococcal vaccine | Current | Fulton, Pamela K | RN |
| Pneumococcal vaccine decision | Current | Fulton, Pamela K | RN |
| Date of last Influenza vaccine (mo/yr) | 2007 | Fulton, Pamela K | RN |
| Reason not to give Influenza vaccine | Current | Fulton, Pamela K | RN |
| Influenza vaccine decision | Current | Fulton, Pamela K | RN |
| **IM/VASC ACCESS/SURG/TRANS HX** | | | |
| **HOME MEDS-AD** | | | |
| Home medications | Yes | Fulton, Pamela K | RN |

CURRENT MEDICATIONS LIST
This is to be a list of all meds the patient has been
taking: Prescription, Over the Counter, Vitamins, Herbs, etc

MEDICATION (include dose, frequency and last dose)

Xanax 0.5mg every 6 hrs. 4/25/08
Novolog Regular 10 units before meals. 4/25/08
Proptanolol 20mg twice daily.  4/25/08
Lantus insulin 65 units in morning. 4/25/08

| | | | |
| --- | --- | --- | --- |
| Hm med info prov by | Patient | Fulton, Pamela K | RN |
| Home pharmacy | greenville | Fulton, Pamela K | RN |
| Home meds disposition | Not w/pt | Fulton, Pamela K | RN |
| **SURGICAL/PROCEDURAL HX** | | | |
| Surgical / Procedural history | Yes | Fulton, Pamela K | RN |

PAST SURGERIES/PROCEDURES

Surgery/Procedure                 Date
spleenectomy 9yrs old

| **TRANSFUSION HX** | | | |
| --- | --- | --- | --- |
| Previous transfusions | No | Fulton, Pamela K | RN |

SLT0178

1005B-023

X519-P    KUNKEL, Troy D                    MR#: 17330138       ACCT: 147322952  I
          AGE:  25Y DOB:          1983   GENDER: M
          Admitting: PETERSON, PAUL D          CC: possible meningitis
          Attending: Unknown                   REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| **MED HX-RESPIRATORY/CV/GI** | | | |
| **RESP HX** | | | |
| Asthma | Y | Fulton, Pamela K | RN |
| Respiratory Hx-other | see note | Fulton, Pamela K | RN |
| pt states he does have trouble breathing but denies use of inhalers etc. States mainly short of breath in AM & coughs up large amounts of sputum. | | | |
| **CARDIOVASC HX** | | | |
| Hypertension | Y | Fulton, Pamela K | RN |
| Arrhythmias (list) | Y | Fulton, Pamela K | RN |
| pt states can detect his heart fluctuating in speed. States he has to sit down sometimes as his heart is beating so fast. | | | |
| **GASTROINTESTIONAL  HX** | | | |
| Ulcers | Y | Fulton, Pamela K | RN |
| Gastrointestinal Hx-other | see note | Fulton, Pamela K | RN |
| pt states it has been a long time since he has passed a regular formed stool. Currently he is passing runny or soft stool. | | | |
| **MED HX-GU/REPR/NEURO/MS/ENT** | | | |
| **NEUROLOGICAL HX** | | | |
| Headaches | Migraine | Fulton, Pamela K | RN |
| **EENT HX** | | | |
| Loose teeth | Y | Fulton, Pamela K | RN |
| EENT Hx-other | see note | Fulton, Pamela K | RN |
| poor dental care | | | |
| **MED HX-PSYCHOSOCIAL/MISC** | | | |
| **MISCELLANEOUS MEDICAL HX** | | | |
| Diabetes | Insulin | Fulton, Pamela K | RN |
| Thyroid disorder | Y | Fulton, Pamela K | RN |
| graves disease | | | |
| **MEDICAL HISTORY.** | | | |
| Personal Physician | Peterson | Fulton, Pamela K | RN |
| **SUBSTANCE  USAGE** | | | |
| **TOBACCO  USAGE** | | | |
| Tobacco use/exposure history | W/I 12 mo | Fulton, Pamela K | RN |
| states quit last Sunday 12-2-7 | | | |
| Tobacco type used | cigarettes | Fulton, Pamela K | RN |
| Tobacco amount/day | 1pk /day | Fulton, Pamela K | RN |
| # years tobacco used | 13 | Fulton, Pamela K | RN |
| Verbal advice to quit tobacco given | Yes | Fulton, Pamela K | RN |
| Quit tobacco info given | Stay quit | Fulton, Pamela K | RN |
| Doesn't want more info to quit tobacco | Y | Fulton, Pamela K | RN |
| Would like more info to quit tobacco | Y | Fulton, Pamela K | RN |
| **CAFFEINE  USAGE** | | | |

SLT0179

1005B-024

X519-P    KUNKEL, Troy D                    MR#: 17330138      ACCT: 147322952  I
          AGE:  25Y DOB:  ███ 1983    GENDER: M
          Admitting: PETERSON, PAUL D          CC: possible meningitis
          Attending: Unknown                   REASON FOR ADM: possible meningitis

| CATEGORY/FINDING | RESULT | CAREGIVER | TITLE |
|---|---|---|---|
| CAFFEINE USAGE | | | |
| Caffeine intake/day | Min amt | Fulton, Pamela K | RN |
| ALCOHOL/OTHER SUBSTANCES | | | |
| Alcohol type | none | Fulton, Pamela K | RN |
| quit 6-7 years | | | |
| Street drug use | Y | Fulton, Pamela K | RN |
| Not since a teenager. | | | |
| LEARNING NEEDS ASMT | | | |
| PT-CAREGIVER LEARNING NEEDS | | | |
| Receptive to learning | Yes | Fulton, Pamela K | RN |
| Patient preferred learning style | Reading | Fulton, Pamela K | RN |
| Patient-How happy are you w/your reading | Read well | Fulton, Pamela K | RN |
| LEARNING BARRIERS | | | |
| No learning barriers identified | Y | Fulton, Pamela K | RN |
| SOCIAL FACTORS/DC PLANNING | | | |
| ABUSE SCREENING | | | |
| Been hurt or made to feel afraid | No | Fulton, Pamela K | RN |
| Feel exploited/taken advantage of | No | Fulton, Pamela K | RN |
| Feel neglected | No | Fulton, Pamela K | RN |
| Feel threatened | No | Fulton, Pamela K | RN |
| CULTURAL-SPIRITUAL | | | |
| Spiritual concerns | None | Fulton, Pamela K | RN |
| Cultural tradition needs during stay | None | Fulton, Pamela K | RN |
| DISCHARGE PLANNING | | | |
| Residence before hospitalization | Hm wo help | Fulton, Pamela K | RN |
| Discharge plan A | Home w/fam | Fulton, Pamela K | RN |
| CONTACT INFORMATION | | | |
| 1st Contact Person | megan | Fulton, Pamela K | RN |
| 712-277-2400 home  cell 712-574-4623 | | | |
| HOME MEDICAL EQUIP | | | |
| Other medical supplies/equipment | none | Fulton, Pamela K | RN |
| SCREENING CATEGORIES FF | | | |
| LATEX SCREEN FF | | | |
| No latex allergy | Y | Fulton, Pamela K | RN |

*** End of data ***

***** The following footnotes are explanations of 'WITHIN NORMAL LIMITS' *****          Page
Adult Assessment
Neurological
   WNL -  Alert and responsive. Oriented to person/place/time.  Speech clear. Obeys verbal command, move
          all extremities equally and with purpose.  No facial droop present, denies numbness or tingling.
          Pupils equal/reactive to light. (On adm assess only)

SLT0180

1005B-025