**MICROBIOLOGICAL RISK ASSESSMENT SERIES**

**15**

# Enterobacter sakazakii (Cronobacter spp.) in powdered follow-up formulae

MEETING REPORT




11-cv-4017MWBT

1018

1018

For further information on the joint FAO/WHO activities on microbiological risk assessment, please contact:

Nutrition and Consumer Protection Division
Food and Agriculture Organization of the United Nations
Viale delle Terme di Caracalla
00153 Rome, Italy

Fax: +39 06 57054593

E-mail: jemra@fao.org

Web site: http://www.fao.org/ag/agn

or

Department of Food Safety, Zoonoses and Foodborne Disease
World Health Organization
20, Avenue Appia
CH-1211 Geneva 27
Switzerland

Fax: +41 22 7914807

E-mail: foodsafety@who.int

Web site: http://www.who.int/foodsafety

The designations employed and the presentation of material in this information product do not imply the expression of any opinion whatsoever on the part of the Food and Agriculture Organization of the United Nations (FAO) or of the World Health Organization (WHO) concerning the legal or development status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. The views expressed herein are those of the authors and do not necessarily represent those of FAO nor of WHO nor of their affiliated organization(s). All reasonable precautions have been taken by FAO and WHO to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall FAO or WHO be liable for damages arising from its use.

Recommended citation: FAO/WHO [Food and Agriculture Organization of the United Nations/World Health Organization]. 2008. *Enterobacter sakazakii* (*Cronobacter* spp.) in powdered follow-up formulae. Microbiological Risk Assessment Series No. 15. Rome. 90pp.

All rights reserved. Requests for permission to reproduce or translate the material contained in this publication – whether for sale or for non-commercial distribution – should be addressed to the Chief, Electronic Publishing Policy and Support Branch, Communication Division, Food and Agriculture Organization of the United Nations, Viale delle Terme di Caracalla, 00153 Rome, Italy, or by e-mail to copyright@fao.org or to Publications, Marketing and Dissemination, World Health Organization, 20 Avenue Appia, CH-1211 Geneva 27, Switzerland, or by facsimile to +41 22 7914806, or by e-mail to permissions@who.int.

© FAO and WHO 2008

Table 2. *Enterobacter sakazakii* (*Cronobacter* spp.) laboratory-confirmed reports by age group, United Kingdom (England, Scotland, Wales and Northern Ireland) 1999–2007.

| Age Group | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| <1 year* | 0 | 0 | 1 | 3 | 5 | 1 | 3 | 2 | 0 | 15 |
| 1–4 years | 2 | 3 | 4 | 2 | 1 | 0 | 0 | 3 | 1 | 16 |
| 5–9 years | 1 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 4 |
| 10–14 years | 1 | 2 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 7 |
| 15–44 years | 8 | 9 | 7 | 6 | 13 | 10 | 10 | 10 | 6 | 79 |
| 45–64 years | 9 | 17 | 16 | 27 | 22 | 19 | 13 | 29 | 11 | 163 |
| 65–74 years | 11 | 13 | 13 | 12 | 23 | 21 | 6 | 9 | 11 | 119 |
| 75+ years | 16 | 5 | 19 | 14 | 15 | 23 | 23 | 22 | 15 | 152 |
| Unknown | 1 | 1 | 6 | 4 | 2 | 0 | 1* | 0 | 0 | 15 |
| Total | 49 | 51 | 66 | 69 | 83 | 76 | 57 | 75 | 44 | 570 |

NOTES: * Includes data for infant less than 1 month old.
DATA SOURCES: Health Protection Agency (HPA); Health Protection Scotland (HPS); Communicable Disease Surveillance Centre Northern Ireland (CDSC(NI)).

Table 3. *Enterobacter sakazakii* (*Cronobacter* spp.) laboratory-confirmed reports by age group for England and Wales 1999–2007

| Age Group | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <1 month | 0 | 3 | 0 | 1 | 2 | 3 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 3 | 0 | 0 | 14 |
| 1–11 months | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 0 | 0 | 0 | 2 | 2 | 1 | 0 | 2 | 0 | 18 |
| 1–4 years | 0 | 2 | 4 | 2 | 2 | 3 | 2 | 2 | 2 | 3 | 2 | 0 | 0 | 0 | 2 | 1 | 27 |
| 5–9 years | 0 | 0 | 1 | 0 | 3 | 3 | 0 | 1 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 11 |
| 10–14 years | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 8 |
| 15–44 years | 5 | 1 | 4 | 5 | 6 | 15 | 6 | 7 | 6 | 7 | 5 | 12 | 10 | 9 | 10 | 6 | 114 |
| 45–64 years | 4 | 1 | 8 | 15 | 8 | 26 | 21 | 8 | 16 | 14 | 20 | 20 | 17 | 10 | 25 | 9 | 222 |
| 65–74 years | 1 | 6 | 17 | 8 | 20 | 18 | 14 | 8 | 11 | 9 | 9 | 17 | 20 | 6 | 7 | 8 | 179 |
| 75+ years | 5 | 6 | 7 | 6 | 15 | 19 | 12 | 14 | 4 | 17 | 10 | 14 | 21 | 20 | 20 | 12 | 202 |
| Unknown | 2 | 2 | 0 | 0 | 2 | 2 | 3 | 1 | 1 | 5 | 4 | 2 | 0 | 0 | 0 | 0 | 22 |
| Total | 18 | 22 | 42 | 40 | 60 | 91 | 60 | 42 | 43 | 56 | 54 | 69 | 71 | 49 | 66 | 36 | 819 |

SOURCE: Labbase 2–11/03/2008: Health Protection Agency Centre for Infections Environmental and Enteric Diseases Department. Note that the database is dynamic and, as such, data are subject to change.

The Philippines reported information collected from the Research Institute of Tropical Medicine's Antimicrobial Resistance Surveillance Program within the Department of Health between 1998 and 2007. This dataset indicated a total of 237 cases in the period 1998 to 2007 (Table 4) and provides information on the site of isolation and the age of the patient (Table 5). Of these cases, 18 were in infants less than 1 month old and 5 in infants 1–2 months old. Very few cases were reported for older infants. However, 9 cases were reported in young children 12–35 months (Table 5). As with the UK data, as these come from a laboratory-based surveillance system there is no information available on the symptoms, outcome or whether or not the infants and young children had consumed PIF or FUF.