# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| THE SECURITY NATIONAL BANK OF SIOUX CITY, IOWA, as Conservator for J.M.K., a Minor,<br><br>Plaintiff,<br>vs.<br>ABBOTT LABORATORIES,<br><br>Defendant. | No. C 11-4017-MWB<br><br>*SUA SPONTE* ORDER STAYING SANCTIONS PENDING APPEAL |

___

This case is before me after Defendant filed a notice of appeal (docket no. 207), appealing my July 28, 2014, sanctions order (docket no. 205). Pursuant to my sanctions order, this case is hereby stayed pending the outcome of Defendant's appeal.

**IT IS SO ORDERED**.

**DATED** this 27th day of August, 2014.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA